1

JUDGE RONALD B. LEIGHTON

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

| UNITED STATES OF AMERICA, | ) | No. CR16-5073RBL |
|---|---|---|
| Plaintiff, | ) ) ) | DEFENSE MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATES |
| v. | ) ) | |
| DANIEL FRANEY, | ) ) | |
| Defendant. | ) ) ) | **NOTED: March 25, 2016** |

9

10

11

12

13

14        Assistant Federal Public Defenders Linda Sullivan and Mohammad Ali

15  Hamoudi, respectfully move the Court to continue the trial date in the above-captioned

16  case from April 18, 2016, to a date convenient to the Court on or before December,

17  2016, with a new pretrial motions deadline set accordingly.  Counsel believes under 18

18  U.S.C. § 3161(h) (7), the Court will find a continuance outweighs the best interests of

19  the public and the defendant in a speedy trial.

20        This motion is unopposed by the government – as represented by Assistant

21  United States Attorney Todd Greenberg.

22        1)      Mr. Franey is charged by Indictment with Three Counts of Unlawful

23  Possession of a Firearm(s) and Two Counts of Unlawful Possession of a

24  Machinegun(s), in violation of 18 U.S.C. §§ 922(g)(8) and 922(o).

25        2)      On February 6, 2016, Mr. Franey was arrested in Montessano,

26  Washington on these charges, and made his initial appearance before the Honorable

DEFENSE MOION TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(*U.S. v. Franey*, CR16-5073RBL) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

1  Judge Karen L. Strombom on February 8, 2016 in Tacoma, Washington.  Mr. Franey

2  was ordered detained.  On February 17, 2016 an Indictment was returned, and Mr.

3  Franey was arraigned on February 29, 2016. Trial is presently set for April 18, 2016,

4  with a pretrial motions due date of March 21, 2016.

5      3)    To date, Assistant United States Attorney Todd Greenberg and counsel

6  have conferred about the status and exchange of discovery in a productive and open

7  manner.  The government has begun to provide discovery; however, this is an unusual

8  and complex case involving a lengthy investigation with several undercover agents.

9  Additionally, the investigation in this case will cover multiple jurisdictions. The Court

10 has entered a Protective Order governing the provision of discovery to defense counsel

11 and the defendant.  The government has indicated that the discovery will consist of

12 hundreds of hours of tape recordings between undercover agents and the defendant, in

13 addition to additional written reports and other discovery materials.  The government

14 has begun to provide discovery, and has also indicated that more discovery will be

15 forthcoming, as some discovery requires redaction.  Defense counsel will need

16 additional time before trial to review all of the recordings and discovery materials and

17 discuss the same with the defendant, who will have an opportunity to also review the

18 materials at the Federal Detention Center.

19     4)    Undersigned counsel will require additional time beyond the current trial

20 date of April 18, 2016, to review the voluminous discovery and investigate all the

21 factual allegations, locate and interview witnesses, conduct legal research and prepare

22 and file pretrial motions, and prepare for trial.

23     For these reasons, the defense requests that the Court find:

24     (a)  taking into account the exercise of due diligence, a failure to grant a

25 continuance would deny counsel for the defendant the reasonable time necessary for

26 effective preparation, due to counsel's need for more time to review the evidence,

DEFENSE MOION TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(*U.S. v. Franey*, CR16-5073RBL) - 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

1    consider possible defenses, and gather evidence material to the defense, as set forth in

2    18 U.S.C. § 3161(h)(7)(B)(iv); and

3        (b)  a failure to grant a continuance would likely result in a miscarriage of

4    justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

5        (c)  the additional time requested is a reasonable period of delay, as counsel has

6    requested more time to prepare for trial, to investigate the matter, to gather evidence

7    material to the defense, and to consider possible defenses; and

8        (d)  the Government has produced discovery that will require additional time to

9    review and conduct follow-up investigation.  The case is sufficiently complex that it is

10   unreasonable to expect adequate preparation for pretrial proceedings or the trial itself

11   within the current trial schedule, as set forth in 18 U.S.C. § 3161(h)(7)(B)(ii); and

12       (e)  the ends of justice will best be served by a continuance, and the ends of

13   justice outweigh the best interests of the public and the defendant in a speedy trial, as

14   set forth in 18 U.S.C. § 3161(h)(7)(A); and

15       (f)  the additional time requested between the current trial date of April 18, 2016,

16   and the new trial is necessary to provide counsel for the defendant reasonable time to

17   prepare for trial considering counsel's schedule and all of the facts set forth above.

18       Mr. Franey indicates that he understands the nature and amount of discovery

19   that needs to be reviewed and the trial preparation that needs to occur, however, he

20   would not agree to a continuance of the trial date.

21       Therefore, the defense respectfully requests the court to find a continuance of the

22   trial date outweigh the best interests of the public and the defendant, and the trial date

23   be continued to a date prior to December, 2016, and a new pretrial motions due date

24   consistent with the trial date.

25

26

DEFENSE MOION TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(*U.S. v. Franey*, CR16-5073RBL) - 3

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

1    The defense further asks the Court to exclude the time period from the date of

2  the Court's order to the new trial date for purposes of computing the time limitations

3  imposed by the Speedy Trial Act.

4    DATED this 16th day of March, 2016.

5                                         Respectfully submitted,

6                                         s/ *Linda Sullivan*
7                                         s/ *Mohammad Hamoudi*
                                          Assistant Federal Public Defenders
8                                         Attorney for Daniel Franey

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENSE MOION TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(*U.S. v. Franey*, CR16-5073RBL) - 4

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that on March 16, 2016, I electronically filed the foregoing

3   Defense Motion to Continue Trial and PreTrial Motions Due Date and Proposed Order

4   with the Clerk of the Court using the CM/ECF system, which will send notification of

5   filing to all registered parties.

6
                                        *s/ Amy Strickling*
7                                       Paralegal, Federal Public Defender Office

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENSE MOION TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(*U.S. v. Franey*, CR16-5073RBL) - 5

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**