```
                UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
                        IN TACOMA
_____

 UNITED STATES OF AMERICA,    )
                              )
              Plaintiff,      )   No. CR16-5073RBL
                              )
          vs.                 )
                              )
 DANIEL FRANEY,               )
                              )
              Defendant.      )
_____


                  MOTION FOR CONTINUANCE
_____



         BEFORE THE HONORABLE RONALD B. LEIGHTON
             UNITED STATES DISTRICT COURT JUDGE



                     April 1, 2016


APPEARANCES:

Todd Greenberg
Assistant United States Attorney
Representing the Plaintiff


Mohammad Hamoudi
Assistant Federal Public Defender
Representing the Defendant
```

*Barry L. Fanning, RMR, CRR - Official Court Reporter*
*Suite 17205 - 700 Stewart St. - Seattle, WA 98101*

| | | |
|---|---|---|
| 11:03:51AM | 1 | THE CLERK:  This is in the matter of the United |
| 11:03:54AM | 2 | States of America versus Daniel Seth Franey, |
| 11:03:57AM | 3 | Cause No. CR16-5073RBL.  Counsel, please make your |
| 11:04:02AM | 4 | appearances. |
| 11:04:02AM | 5 | MR. GREENBERG:  Your Honor, Todd Greenberg for the |
| 11:04:04AM | 6 | United States. |
| 11:04:05AM | 7 | THE COURT:  Good morning, Mr. Greenberg. |
| 11:04:05AM | 8 | MR. HAMOUDI:  Good morning, your Honor.  Mohammad |
| 11:04:09AM | 9 | Hamoudi from the Federal Defender's Office.  I am here on |
| 11:04:10AM | 10 | behalf of Mr. Franey, seated to my left. |
| 11:04:12AM | 11 | THE COURT:  Mr. Hamoudi, good morning. |
| 11:04:16AM | 12 | Mr. Franey, good morning. |
| | 13 | THE DEFENDANT:  How you doing, sir? |
| 11:04:18AM | 14 | THE COURT:  Good.  This matter is before the court |
| 11:04:21AM | 15 | on a motion for continuance.  The proposal submits that |
| 11:04:33AM | 16 | there is time needed to gather and assemble and analyze |
| 11:04:39AM | 17 | the evidence, and so forth.  I have been informed that |
| 11:04:47AM | 18 | Mr. Franey will not sign a waiver of speedy trial.  If |
| 11:04:53AM | 19 | Mr. Hamoudi would make the case for the continuance, we |
| 11:04:59AM | 20 | will go from there. |
| 11:05:00AM | 21 | MR. HAMOUDI:  May I, your Honor? |
| 11:05:03AM | 22 | THE COURT:  Absolutely. |
| 11:05:06AM | 23 | MR. HAMOUDI:  Your Honor, this case may seem |
| 11:05:08AM | 24 | somewhat straightforward by reviewing the indictment, but |
| 11:05:12AM | 25 | when you look deeper into it, it is much more complicated |

```
11:05:15AM  1   and involves a lot of factual issues that need to be
11:05:18AM  2   reviewed and investigated.
11:05:20AM  3       Mr. Greenberg has been helpful in streamlining us
11:05:25AM  4   receiving discovery in this case.  There is thousands of
11:05:28AM  5   documents.  There is over 2,000 pages of written material.
11:05:31AM  6   There is hundreds of hours of recordings.  For Mr. Franey
11:05:41AM  7   to receive an effective representation in this case we are
11:05:44AM  8   going to need to listen to everything, analyze it, discuss
11:05:46AM  9   it with him, and make decisions.
11:05:49AM 10           THE COURT:  Have you discussed this matter fully
11:05:51AM 11   with your client?
11:05:52AM 12           MR. HAMOUDI:  Yes, we have, your Honor.
11:05:54AM 13           THE COURT:  Mr. Franey, do you believe you
11:05:57AM 14   understand the need for more time to analyze the evidence?
11:06:04AM 15           THE DEFENDANT:  Your Honor, if I may say just a
11:06:07AM 16   couple of things?  I understand this process.  I
11:06:12AM 17   understand there is a lot of information to go over for
11:06:18AM 18   these guys.  In my mind, it is a little more
11:06:20AM 19   straightforward.
11:06:24AM 20       I have been harassed by the FBI for five years.  They
11:06:27AM 21   have come at me with informants and agents for five years,
11:06:30AM 22   asking for guns, asking me to take guns.  I have refused.
11:06:34AM 23   This last time I did not use my better judgment.  I toyed
11:06:40AM 24   with them because I was broke.  I invited them to Islam,
11:06:44AM 25   because my dad told me maybe I should start inviting the
```

```
11:06:48AM   1    feds to Islam.  They got me in some hot water, I
11:06:52AM   2    understand.  But I am not a terrorist.  I would never hurt
11:06:55AM   3    a man, woman, or child, if I was in a war on one side or
11:07:01AM   4    the other.
11:07:03AM   5         I would really like to see my family.  They are being
11:07:07AM   6    denied visits right now.  I'm not supposed to be saying
11:07:12AM   7    any of this.  I'm sorry, brother.
11:07:14AM   8         When my family first left in 2011, they came at me
11:07:18AM   9    with informants and agents.  Before I got married again
11:07:21AM  10    they came at me with agents.  After I got married they
11:07:24AM  11    came at me with agents.  And then they came at me last
11:07:26AM  12    summer with agents.
11:07:28AM  13         The first thing I asked the guy was, are you working
11:07:31AM  14    with the feds?  He said no, I laughed, and then I am here
11:07:34AM  15    now.
11:07:35AM  16         I didn't understand weapons possessions meant being
11:07:39AM  17    around them.  I thought as long as I didn't take one from
11:07:41AM  18    them, possess, own, they couldn't charge me with anything.
11:07:44AM  19              MR. HAMOUDI:  Your Honor, just so --
11:07:46AM  20              THE DEFENDANT:  I'm sorry.
11:07:47AM  21              THE COURT:  That's all right.
11:07:49AM  22              MR. HAMOUDI:  Let me interject here.  I think the
11:07:53AM  23    strain he is feeling right now is that he is in --  He
11:07:54AM  24    doesn't have a felony record.  He is in custody at the
11:07:57AM  25    detention center.  Currently he is in the special housing
```

11:08:00AM  1  unit, and he hasn't been able to see his wife or kids.  As
11:08:04AM  2  the court is aware, that puts an incredible amount of
11:08:07AM  3  strain on a family man.
11:08:09AM  4      We are trying to find a way to allow him to have
11:08:12AM  5  contact visits with his wife and kids.  His children miss
11:08:15AM  6  him.  Some of this issue with the ability to continue the
11:08:19AM  7  case has to do with the fact of these pretrial restraints
11:08:23AM  8  that are pressing on him.
11:08:24AM  9      So that's sort of where we are at, your Honor.  We
11:08:27AM 10  need to do our job.  We are trying to balance things here.
11:08:31AM 11          THE COURT:  All right.  Do you understand why they
11:08:34AM 12  need more time?  That's the point that I need to address
11:08:40AM 13  before I rule on this motion.
11:08:44AM 14          THE DEFENDANT:  I understand that they have a
11:08:45AM 15  heavy workload and this case alone is going to take a lot
11:08:48AM 16  of time, and it is probably just going to go months.  Once
11:08:52AM 17  in a while we will come see you again, and I will go back,
11:08:55AM 18  and eventually we will work something out.  I get that.
11:08:58AM 19  Like he said, it has been two months now.
11:09:00AM 20      They admitted to me yesterday, yes, I am in isolation,
11:09:04AM 21  I don't get to go to rec with anyone, I don't get a
11:09:06AM 22  neighbor, I don't get a cellie, I don't get to go to GP,
11:09:10AM 23  because they don't want me telling people how I feel about
11:09:11AM 24  the government, or my ideas about Islam.  I would just ask
11:09:15AM 25  to be treated like anyone else.

|  |  |
|---|---|
| 11:09:16AM 1 | There are people in there who kill people, rape |
| 11:09:17AM 2 | people, burn people, rob people, and beat people.  I just |
| 11:09:20AM 3 | want to go to GP so I can have contact with my wife, which |
| 11:09:24AM 4 | they are still not giving me because --  I mean, she is a |
| 11:09:27AM 5 | middle-class white American girl from Bend, Oregon, that |
| 11:09:31AM 6 | worked as a daycare worker for ten years.  I don't know |
| 11:09:33AM 7 | what their concern is. |
| 11:09:35AM 8 |         THE COURT:  I appreciate that, but focus on the |
| 11:09:37AM 9 | question about do you understand they need --  Do you |
| 11:09:45AM 10 | sincerely believe that they need more time? |
| 11:09:48AM 11 |         THE DEFENDANT:  If this were ever to go to trial, |
| 11:09:50AM 12 | I would say they need more time, yeah. |
| 11:09:53AM 13 |         THE COURT:  All right.  What amount of time do you |
| 11:09:57AM 14 | need? |
| 11:09:59AM 15 |         MR. HAMOUDI:  In the motion, your Honor, we set it |
| 11:10:02AM 16 | out -- we asked for a trial date at or before |
| 11:10:08AM 17 | December 2016.  So right now what we have assessed is that |
| 11:10:15AM 18 | we have to make some travel arrangements.  The case |
| 11:10:20AM 19 | involves multiple jurisdictions.  We have to travel with |
| 11:10:23AM 20 | an investigator to go to those jurisdictions and maybe |
| 11:10:25AM 21 | contact witnesses.  But to make a proper assessment, we |
| 11:10:28AM 22 | really have to review these documents, which is going to |
| 11:10:31AM 23 | take some time, and listen to the audio recordings, which |
| 11:10:34AM 24 | I think are very important. |
| 11:10:35AM 25 |         THE COURT:  Mr. Greenberg, when do you think the |

| | | |
|---|---|---|
| 11:10:37AM | 1 | evidence will be amassed for -- probably rolled out, |
| 11:10:41AM | 2 | processed, but to get all the information for Mr. Hamoudi? |
| 11:10:46AM | 3 |       MR. GREENBERG:  Yes, your Honor.  I just delivered |
| 11:10:49AM | 4 | a package to them this morning.  They now have the bulk of |
| 11:10:54AM | 5 | the discovery.  There are some recordings that still are |
| 11:10:57AM | 6 | being processed and going through some complicated |
| 11:11:02AM | 7 | processes at FBI headquarters that need to be undertaken |
| 11:11:06AM | 8 | before they can be produced.  Those will be produced in a |
| 11:11:08AM | 9 | couple of weeks.  They will then have all of the |
| 11:11:11AM | 10 | recordings -- the undercover recordings. |
| 11:11:13AM | 11 |   There is some other evidence that is not ready to |
| 11:11:18AM | 12 | produce right now and is going through processes.  There |
| 11:11:22AM | 13 | may be a need for some CIPA proceedings.  I am trying to |
| 11:11:26AM | 14 | avoid that.  We are dealing with that kind of issue, your |
| 11:11:31AM | 15 | Honor. |
| 11:11:31AM | 16 |   It is a fairly voluminous discovery production.  And I |
| 11:11:36AM | 17 | know this court has experience with these sorts of things. |
| 11:11:39AM | 18 | They can take some time.  I think the motion is well |
| 11:11:42AM | 19 | founded.  I would think that they need a substantial |
| 11:11:46AM | 20 | amount of time to truly digest this material and be |
| 11:11:50AM | 21 | prepared for trial. |
| 11:11:51AM | 22 |       THE COURT:  Is September 6th enough time, or not? |
| 11:11:56AM | 23 |       MR. HAMOUDI:  I think at this time we can probably |
| 11:11:59AM | 24 | put it out to September 6th. We can always come back to |
| 11:12:03AM | 25 | the court, your Honor, and reassess the date once we are |

```
11:12:09AM   1   through this first round of discovery.
11:12:10AM   2            THE COURT:  You know, I've got a real extensive
11:12:14AM   3   trial schedule.  I will continue this trial date until
11:12:27AM   4   September 6, and we will send out the adjusted motions
11:12:33AM   5   deadline.
11:12:34AM   6            MR. GREENBERG:  Your Honor, I think I am scheduled
11:12:36AM   7   to be out of town that day.
11:12:38AM   8            THE COURT:  You are?
11:12:41AM   9            MR. GREENBERG:  Is it possible to look at that
11:12:42AM  10   following week?
11:12:43AM  11            THE COURT:  The 12th?
11:12:45AM  12            MR. GREENBERG:  Yes.
11:12:45AM  13            THE COURT:  I have a big personal injury case
11:12:48AM  14   scheduled for the 12th.  Obviously this case would take
11:12:52AM  15   precedence.
11:12:54AM  16            MR. GREENBERG:  I do believe this case would
11:12:56AM  17   take more than a week to try.  I do think --  Is the 6th
11:13:03AM  18   just the day after Labor Day?  I am out of town.
11:13:06AM  19            THE COURT:  September 12th.
11:13:08AM  20            MR. HAMOUDI:  That's fine, your Honor.
11:13:09AM  21            THE COURT:  Is that convenient?  I will cite the
11:13:24AM  22   normal language, a failure to grant such a continuance in
11:13:29AM  23   this proceeding would likely result in a miscarriage of
11:13:32AM  24   justice.  Mr. Franey does understand why this continuance
11:13:42AM  25   motion has been brought.  So I am going to grant the
```

```
11:13:51AM   1    motion.
11:13:52AM   2         The trial date will be September 12.  A pretrial
11:14:04AM   3    motions date shall be filed --  The date will be filled in
11:14:13AM   4    by Ms. Boring.  You will have the completed order post
11:14:22AM   5    haste, by the end of the day.  Anything further?
11:14:27AM   6              MR. GREENBERG:  Not from the government.
11:14:28AM   7              MR. HAMOUDI:  Nothing else, your Honor.
11:14:30AM   8              THE COURT:  All right.  Court is at recess.
             9                      (Proceedings adjourned.)
            10
            11
            12
            13
            14
            15
            16
            17
            18
            19
            20
            21
            22
            23
            24
            25
```

# CERTIFICATE

I, Barry Fanning, Official Court Reporter for the United States District Court, Western District of Washington, certify that the foregoing is a true and correct transcript from the record of proceedings in the above-entitled matter.

_____
/s/ Barry Fanning
Barry Fanning, Court Reporter

*Barry L. Fanning, RMR, CRR - Official Court Reporter*
*Suite 17205 - 700 Stewart St. - Seattle, WA 98101*