```
 1                   UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
 2                           IN TACOMA

 3   ───────────────────────────────────────────────────────────

 4     UNITED STATES OF AMERICA,     )
                                     )
 5                    Plaintiff,     )   No. CR16-5073RBL
                                     )
 6             vs.                   )
                                     )
 7     DANIEL SETH FRANEY,           )
                                     )
 8                    Defendant.     )
     ───────────────────────────────────────────────────────────
 9

10                          SENTENCING

11   ───────────────────────────────────────────────────────────

12

13         BEFORE THE HONORABLE RONALD B. LEIGHTON
              UNITED STATES DISTRICT COURT JUDGE
14

15                      January 20, 2017

16

17   APPEARANCES:

18   Todd Greenberg
     Assistant United States Attorney
19   Representing the Plaintiff

20

21   Mohammad Hamoudi
     Linda Sullivan
22   Federal Public Defender's Office
     Representing the Defendant
23

24

25
```

01:31:49PM  1          THE CLERK:  This is in the matter of the United

01:31:51PM  2   States of America versus Daniel Seth Franey,

01:31:54PM  3   Cause No. CR16-5073RBL.  Counsel please make their

01:31:58PM  4   appearances.

01:32:00PM  5          MR. GREENBERG:  Good afternoon, your Honor.  Todd

01:32:02PM  6   Greenberg for the United States.

01:32:03PM  7          THE COURT:  Good afternoon, Mr. Greenberg.

01:32:04PM  8          MR. HAMOUDI:  Good afternoon, your Honor.

01:32:07PM  9   Mohammed Hamoudi from the Federal Defender's Office, here

01:32:11PM 10   on behalf of Mr. Franey, and Linda Sullivan, as well.

01:32:17PM 11          THE COURT:  Good afternoon.  Good afternoon,

01:32:19PM 12   Mr. Franey.

01:32:19PM 13      This matter is before the court for imposition of

01:32:21PM 14   sentence.  I have reviewed the revised presentence report,

01:32:26PM 15   the sentencing recommendation; the United States'

01:32:31PM 16   sentencing memorandum, and the attachments; the

01:32:36PM 17   defendant's sentencing memorandum, and the attachments; I

01:32:41PM 18   have a copy of Mr. Franey's letter; and I have reviewed

01:32:52PM 19   the plea agreement.  Are there any documents that I should

01:32:58PM 20   have reviewed that I have not?

01:33:00PM 21          MR. HAMOUDI:  There is one supplemental filing,

01:33:02PM 22   your Honor, that we filed, I think, three days ago.  It

01:33:05PM 23   was an additional support letter from Ms. Laura Hamilton.

01:33:13PM 24          THE COURT:  I don't think I have that.

01:33:19PM 25          MR. HAMOUDI:  I have a copy here, your Honor.

01:33:22PM 1          THE COURT:  Thank you.

01:35:17PM 2        (Short pause in the proceedings.)

01:35:22PM 3          THE COURT:  I have read the letter.

01:35:25PM 4          MR. HAMOUDI:  Thank you, your Honor.

01:35:26PM 5          THE COURT:  Now, counsel, did you have an

01:35:32PM 6  opportunity to review the sum and substance of the

01:35:37PM 7  presentence report with your client?

01:35:38PM 8          MR. HAMOUDI:  We did, your Honor.

01:35:41PM 9          THE COURT:  Mr. Franey, do you believe you

01:35:43PM 10  understand the recommendation outlined in the revised

01:35:48PM 11  presentence report?

01:35:49PM 12          THE DEFENDANT:  Yes, sir.

01:35:50PM 13          THE COURT:  Very well.  Mr. Franey stands

01:35:54PM 14  convicted of Count 5, unlawful possession of machine guns.

01:35:59PM 15  The presentence report establishes a base offense level of

01:36:04PM 16  20; a two-level enhancement for the number of weapons,

01:36:07PM 17  five; the adjusted offense level is 22; three levels off

01:36:12PM 18  for acceptance of responsibility; a total offense level of

01:36:16PM 19  19; the criminal history category is two; the range is 33

01:36:20PM 20  to 41 months; the recommendation is for 18 months,

01:36:24PM 21  followed by three years' supervised release.

01:36:27PM 22      The government recommends 120 months.  The defense

01:36:34PM 23  concurs with the presentence report for 18 months.  That's

01:36:41PM 24  what I think I know.  I will hear from Mr. Hamoudi.

01:36:47PM 25          MR. HAMOUDI:  Thank you, your Honor.  Your Honor,

01:36:51PM 1   if there is anything the court would like for me to first

01:36:54PM 2   address, I will.  Otherwise, I want to break this up into

01:36:58PM 3   two portions.  One, I want to talk about the nature and

01:37:01PM 4   circumstances of what occurred here, highlight what we

01:37:04PM 5   think is important, and how we got here today.

01:37:09PM 6        When we started on the case, we were assessing

01:37:13PM 7   certain issues having to do with entrapment.  We were

01:37:17PM 8   addressing certain issues with Mr. Franey's understanding

01:37:20PM 9   of the law of possession of firearms.  And we explained to

01:37:26PM 10  Mr. Franey that ignorance of the law is not a defense, and

01:37:30PM 11  passive possession certainly is not a defense here in the

01:37:33PM 12  Ninth Circuit.  It may be in the D.C. Circuit, but it is

01:37:37PM 13  not in the Ninth Circuit.

01:37:38PM 14       The difficulty in mounting an entrapment defense was

01:37:43PM 15  the question of disposition, is then you are talking about

01:37:46PM 16  disposition of possession.  It is an inanimate object that

01:37:52PM 17  you have come into contact with over your whole life, and

01:37:56PM 18  it becomes unlawful at some point in your life.

01:38:01PM 19       We believe the best solution was to resolve the case

01:38:04PM 20  as it was.  And Mr. Franey came to the understanding, and

01:38:08PM 21  he admits to what he has done, that he knowingly came into

01:38:11PM 22  possession of these guns, even though he was prohibited

01:38:14PM 23  from doing so.

01:38:15PM 24       The nature of this conduct involved him operating as

01:38:20PM 25  a lookout for this gun-running on five separate instances.

01:38:27PM 1   The government places a lot of emphasis on

01:38:31PM 2 Mr. Franey's potential for being a future danger.  But

01:38:34PM 3 what I submit to the court is to look at the offense

01:38:37PM 4 conduct, and that counters the government's conclusion.

01:38:42PM 5   Mr. Franey had the ability to take this money that he

01:38:45PM 6 made from these five trips and go out on his own, as the

01:38:52PM 7 court is aware, and purchase a firearm.  They are very

01:38:56PM 8 easily purchased in the Washington area.  He could have

01:38:58PM 9 gone to a gun show, he could have gone to a neighbor.

01:39:01PM 10   Rather, what he did, instead of purchasing a firearm,

01:39:04PM 11 he spent the money on his family, the family's needs.  To

01:39:07PM 12 me that provides and demonstrates some insight into his

01:39:11PM 13 motivations, which is his providing for his family.

01:39:14PM 14   You know, he is given these five separate

01:39:18PM 15 opportunities where he is given the opportunity to handle

01:39:21PM 16 guns.  He never takes any of those firearms home.  The

01:39:24PM 17 only time he fires the gun, he fires it at a distance in a

01:39:28PM 18 rural area, and test fires it.  He is nowhere near an

01:39:31PM 19 urban area, a populated area where people would be placed

01:39:33PM 20 at risk.

01:39:34PM 21   His mental state, I submit to the court, was at least

01:39:38PM 22 at that time stable enough he didn't turn the gun on any

01:39:41PM 23 of the people who were surrounding him.

01:39:43PM 24   One of the exhibits the government asked the court to

01:39:46PM 25 carefully scrutinize are the affidavits that were

01:39:50PM  1    submitted, and their exhibits.  One of the affidavits,

01:39:55PM  2    what kind of caught my eye, was Mr. Franey apparently

01:39:59PM  3    said, "All non-Muslim Americans should be killed."  That

01:40:04PM  4    suggests to us that this person intends to kill people who

01:40:07PM  5    are non-Muslim here.

01:40:10PM  6         But here he is, he has an opportunity, he is given a

01:40:12PM  7    machine gun surrounded by non-Muslims in a rural area, but

01:40:16PM  8    he doesn't turn the gun on these individuals.  In fact, in

01:40:19PM  9    agreeing to go on these trips, in the affidavit he

01:40:21PM 10    specifically said, "As long as you're not killing people

01:40:26PM 11    or things like that."  And he made that intention readily

01:40:31PM 12    apparent to them from the start.

01:40:32PM 13         Finally, most important, the fact -- the issue of

01:40:38PM 14    these guns is that when he was finally offered the

01:40:40PM 15    opportunity, the money, to purchase the gun, he didn't do

01:40:43PM 16    so.  That shows and demonstrates that he has insight to

01:40:49PM 17    regulate his temperament, to regulate his behavior, his

01:40:53PM 18    actions.

01:40:56PM 19         The reason I say that is that it is very important,

01:41:01PM 20    with regards to this offense, that the punishment fit the

01:41:04PM 21    crime.  I know that is a cliche term.  But really what the

01:41:08PM 22    crime here was, but for the fortuitous event that this

01:41:14PM 23    restraining order from Illinois existed, Mr. Franey could

01:41:18PM 24    have possessed firearms.

01:41:20PM 25         The purpose of that restraining order, which we have

01:41:22PM 1  submitted in our memorandum, had to do with a complex

01:41:26PM 2  relationship with his ex.  In all respects to that

01:41:30PM 3  prohibition order, that restraining order, Mr. Franey

01:41:34PM 4  adhered to the law.  The only aspect of that restraining

01:41:37PM 5  order that he did not adhere to the law was the possession

01:41:39PM 6  of firearms.

01:41:40PM 7       And the possession occurred thousands of miles away

01:41:44PM 8  from where the order was issued.  He never -- once that

01:41:49PM 9  order was implemented, he did not contact, harass, or

01:41:52PM 10  molest his ex.  What that also provides us is this

01:41:57PM 11  individual is capable of following the law.  In some

01:42:01PM 12  respects, he is.

01:42:04PM 13       I do want to say that -- I want to talk about

01:42:11PM 14  Mr. Franey's ideology.  It is sensitive.

01:42:20PM 15            THE COURT:  It is related conduct.

01:42:22PM 16            MR. HAMOUDI:  Yeah, the related conduct.  I was

01:42:26PM 17  up last night, I am thinking about this.  In some ways,

01:42:32PM 18  you know, his belief system, his religious beliefs, I

01:42:36PM 19  empathize with him, where he is coming from.

01:42:38PM 20       I tried to look for answers in the law, because what

01:42:44PM 21  kind of equalizes our ground here in this country is the

01:42:47PM 22  law.  The law really sets us apart from everything else.

01:42:51PM 23       I went back into my old law school notes, and I went

01:42:56PM 24  to my constitutional law textbooks, and I found this case,

01:43:00PM 25  this case called Baumgartner versus the United States.  It

01:43:03PM 1    was in the '30s, '40s, where there was a lot of

01:43:07PM 2    anti-Semitism in Nazi Germany.  There was an individual,

01:43:11PM 3    Mr. Baumgartner, who was running around basically saying

01:43:14PM 4    he supported what Hitler was doing, what Germany was

01:43:17PM 5    doing.

01:43:17PM 6          They were going to strip him of his citizenship.  He

01:43:21PM 7    went up before the Supreme Court.  The Supreme Court said

01:43:25PM 8    something interesting about speech.  It said one of the

01:43:28PM 9    prerogatives of American citizenship is the freedom to

01:43:32PM 10   speak foolishly and without moderation.

01:43:34PM 11         It kind of struck a chord with me.  Mr. Franey, in my

01:43:38PM 12   experience in listening to countless hours of recordings

01:43:41PM 13   of him talking to the undercover agent and reading his

01:43:44PM 14   letters, is that, he essentially speaks without

01:43:47PM 15   moderation.  And he speaks very foolishly.

01:43:50PM 16         When he does that, he places people in fear.  Not

01:43:56PM 17   people specifically, but in these political times he

01:44:01PM 18   places people in concern that, you know, he is holding

01:44:04PM 19   certain beliefs.  That concerns people.  And it brings

01:44:07PM 20   attention to him.

01:44:07PM 21         He is not the guy you would take to your Friday night

01:44:13PM 22   dinner, because he would talk about religion and politics

01:44:16PM 23   at dinner, and he would talk about it inappropriately.

01:44:21PM 24         The reality is, at the same time, if we were to

01:44:24PM 25   cherry-pick and focus on particular things he says, and

01:44:30PM 1    ignore every other thing he says and doesn't do, I think

01:44:34PM 2    we lose sight of who he really is.

01:44:37PM 3         In a lot of these streams of consciousness, is what I

01:44:42PM 4    call it, he talks about farming.  He talks about the love

01:44:45PM 5    of his family.  He talks about physical exercise.  He

01:44:47PM 6    talks about President Trump.  He talks about Hillary

01:44:51PM 7    Clinton.  He talks about specific verses in the Koran.  He

01:44:54PM 8    talks about the weather.  So he is all over the place.

01:44:57PM 9         The conclusion I reach, he is an individual with an

01:45:01PM 10   idiosyncratic belief system that was in a community that

01:45:04PM 11   didn't adhere to that belief system, who has suffered from

01:45:11PM 12   mental health issues, and was essentially going out and

01:45:13PM 13   not taking his medicine, and proselytizing people in the

01:45:18PM 14   community.

01:45:18PM 15        Now, when he was doing this, he never threatened

01:45:22PM 16   anybody with violence.  He never harmed anybody who didn't

01:45:27PM 17   adopt his belief system.  He would just go out and try to

01:45:30PM 18   convert people into becoming Muslims.  And he would go on

01:45:34PM 19   and on about the geopolitical views that he holds, which

01:45:38PM 20   includes views of ISIS, which includes views of what some

01:45:43PM 21   people call radical Islam.  And when he did that, people

01:45:48PM 22   were legitimately concerned.

01:45:50PM 23        But the fact of the matter is, we live in a society

01:45:54PM 24   where we should allow people to vent their, what we call,

01:45:59PM 25   foolish and unmoderated speech, because it is in that

01:46:03PM 1   marketplace of ideas where the debate takes place, where

01:46:07PM 2   people are shown that their positions are not logically

01:46:12PM 3   sound, or don't make sense.  It is important that we

01:46:16PM 4   preserve that.  I believe that.

01:46:19PM 5           THE COURT:  What category does the freedom of

01:46:22PM 6   speech include going into a resort, describing how you can

01:46:34PM 7   kill ten or twelve retired or current officers?  You can

01:46:46PM 8   attack a Marine detachment that was shipping out?  You can

01:46:52PM 9   behead judges, DAs?

01:47:01PM 10  It has been a lot of years since I left law school,

01:47:06PM 11  but my constitutional law doesn't endorse or permit that

01:47:16PM 12  kind of stuff with his history of domestic violence, his

01:47:25PM 13  desertion from his duty station.  There is more than

01:47:39PM 14  rambling.

01:47:40PM 15          MR. HAMOUDI:  Of course.  I can answer that, your

01:47:42PM 16  Honor.

01:47:43PM 17  I think the distinction there is that when he says

01:47:47PM 18  these things, the question is, is he serious about it?

01:47:52PM 19  And we are asked to look --  Specifically on these issues

01:47:54PM 20  that you speak about, the military, where they vacation,

01:47:59PM 21  Joint Base Lewis-McChord, and the statements made, the

01:48:04PM 22  question is, at what point do we start to punish people

01:48:09PM 23  for saying those things?

01:48:10PM 24  The law provides us a construct.  It is called true

01:48:14PM 25  threats, specific threats.  And we would be here under

01:48:16PM 1  different circumstances if that had taken place.  The fact

01:48:19PM 2  is, he holds extremely unpopular beliefs.  If he were to

01:48:23PM 3  say, I would like to kill jihadists, I would like to kill

01:48:31PM 4  Al Qaeda --  If you remove the popularity, the group that

01:48:33PM 5  we endorse, and replace the group with somebody we don't

01:48:36PM 6  endorse, that's the problem.  That's where it becomes we

01:48:41PM 7  are choosing one side from the other.

01:48:43PM 8       And I would like to address, with respect to the

01:48:46PM 9  domestic violence issues --  It was an issue that was

01:48:50PM 10 addressed in the court.  When I say that, because it is

01:48:55PM 11 brought up now, I would like the court to imagine

01:48:58PM 12 contemporaneously when that judge in Alaska, and that

01:49:02PM 13 prosecutor in Alaska, had the evidence before them, and

01:49:06PM 14 they assessed him, and they assessed the situation, and

01:49:09PM 15 assessed the victim, they said we believe the punishment

01:49:13PM 16 that fits this crime is 60 days.

01:49:16PM 17      In regards to that, if this conduct -- this current

01:49:21PM 18 conduct had occurred in March of this year -- March or

01:49:24PM 19 later of this year, that offense would not have even

01:49:27PM 20 counted for guideline purposes, because it is near nine

01:49:30PM 21 years old.

01:49:32PM 22      What that tells me is that Mr. Franey demonstrates

01:49:36PM 23 his respect for when he is told you can't behave this way,

01:49:41PM 24 you can't go around and do this thing.  He listened to the

01:49:44PM 25 court.  And he had one other interaction with his ex.

01:49:48PM 1      Again, I emphasize, if the court read Ms. Hamilton's

01:49:52PM 2  letter, that it is a complex relationship.  But I don't

01:49:55PM 3  see, based on what I observed with his wife and his

01:49:59PM 4  children, that he is a person who is a habitual domestic

01:50:05PM 5  abuser.  That has not been demonstrated to me.

01:50:07PM 6      THE COURT:  I think he is a person who suffers

01:50:12PM 7  from bipolar.  He has anger management issues, that he

01:50:34PM 8  gets energized when on topic.  The domestic violence was

01:50:46PM 9  the first, perhaps, event -- or it was second to the

01:50:55PM10  desertion.  I don't think the judge knew about the

01:51:03PM11  desertion.

01:51:08PM12      But at some point a reasonable person has to

01:51:21PM13  attribute some validity to a series of events.  I mean, it

01:51:30PM14  is not a one-off with the domestic violence.  We have seen

01:51:34PM15  those kinds of things happening in our courts.  We treat

01:51:43PM16  it appropriately where it is a first-time offense.  It is

01:51:59PM17  some appropriate punishment perhaps, some warning, some

01:52:03PM18  psychological treatment, and go forth and sin no more.

01:52:14PM19  And that is all it takes.

01:52:19PM20      But the persistence of the speech, the recurring

01:52:23PM21  nature of the threats, what's the difference between he

01:52:32PM22  and Mateen, he and Hasan at Fort Hood?

01:52:41PM23      He has some commendable attributes.

01:53:01PM24      I have never seen anything like this, 18 months

01:53:05PM25  versus ten years.  You're in the whirlpool.  That's where

01:53:15PM 1    I am, between the Italian peninsula and that little strait

01:53:24PM 2    that most ships run aground.

01:53:27PM 3            MR. HAMOUDI:  I agree, your Honor, we are worlds

01:53:30PM 4    apart, the government and us.  I think about that movie

01:53:33PM 5    Minority Report, the precogs, trying to predict what is

01:53:37PM 6    going to happen in the future.

01:53:38PM 7            THE COURT:  It is very difficult.

01:53:41PM 8            MR. HAMOUDI:  It is very difficult.  In the

01:53:44PM 9    concept of deterrence, Congress, the guidelines, and the

01:53:47PM 10   Commission have talked about this, and we look at the

01:53:52PM 11   past.  And what we have done is --

01:53:54PM 12       We are not standing here alone.  Probation,

01:53:58PM 13   Ms. Neumeister, Mr. Thomas, they staffed this.  We are not

01:54:03PM 14   just letting him loose into the community, as they say.

01:54:07PM 15   We have a certain set of rules that we are asking him to

01:54:11PM 16   adhere to.  And this court is going to be scrutinizing

01:54:15PM 17   him.  It is important that the court is aware that, unlike

01:54:21PM 18   state probation, federal probation is -- he is going to be

01:54:26PM 19   monitored, and he is going to have to show that he follows

01:54:30PM 20   the rules, meets with his probation officer.  And if he

01:54:32PM 21   disrespects them, if he goes off and does those things, he

01:54:36PM 22   knows he will be right here before this judge.

01:54:39PM 23       I think what counters a lot of this fear is that --

01:54:43PM 24   I am trying to drain fear out of this, because the law

01:54:46PM 25   doesn't operate from fear.  The law operates from a place

01:54:49PM 1    of objectivity.  And what I want to talk about is --

01:54:53PM 2            THE COURT:  We have a responsibility to the

01:54:55PM 3    community, though, too.  And Ms. Sullivan knows this.  At

01:55:02PM 4    10:30 I sentenced a child abuser.  The two things in our

01:55:13PM 5    society right now that are the most fearful to our

01:55:20PM 6    society, fear of danger to our kids and mass shootings.

01:55:35PM 7        I have lost a lot of sleep over -- and I'm sure you

01:55:41PM 8    have taken your responsibility very seriously.

01:55:44PM 9            MR. HAMOUDI:  I have, your Honor.

01:55:45PM 10           THE COURT:  And I know Mr. Greenberg has, too.

01:55:48PM 11   We are wrestling with this.  I don't want to punish

01:56:00PM 12   someone that is not a threat.

01:56:09PM 13           MR. HAMOUDI:  To try to allay those concerns as

01:56:12PM 14   best I can, I don't see before the court any empirical

01:56:18PM 15   evidence, any profiling evidence that demonstrates to me

01:56:25PM 16   that he does definitively present this danger.

01:56:30PM 17       What I am hearing the court talk about is what's

01:56:33PM 18   happening in certain instances in the community, like the

01:56:37PM 19   shooting in Texas at Fort Hood, you are talking about the

01:56:40PM 20   shooting --

01:56:40PM 21           THE COURT:  San Bernardino, Orlando,

01:56:44PM 22   Fort Lauderdale.

01:56:46PM 23           MR. HAMOUDI:  In that regard, I can add there

01:56:49PM 24   have been shootings by an individual Jared Loughner, the

01:56:55PM 25   Aurora shooting, there are 600 homicides in the city of

01:56:59PM 1    Chicago.  We don't do --  I have never found myself

01:57:05PM 2    saying, oh, because there is -- if all these gang members

01:57:08PM 3    in Chicago are shooting and killing each other, and you're

01:57:11PM 4    a gang member with a gun, then in order to protect the

01:57:15PM 5    community from a future homicide, and because the

01:57:20PM 6    statistical reality in front of me is that all of these

01:57:23PM 7    homicides are occurring, I am going to punish you because

01:57:26PM 8    of your gang association, I cannot find that answer in the

01:57:31PM 9    law.

01:57:32PM 10        I can see where the court is coming from, from more

01:57:37PM 11   of a --  You are seeing it.  You are in it.  We are in a

01:57:44PM 12   difficult time.  We are in a difficult time period.  And

01:57:47PM 13   we struggle with it.  But I can only submit to the court

01:57:52PM 14   that I look to the law for the answer.  That's what I do.

01:57:54PM 15        I do want to talk about his person.  I do want to say

01:57:59PM 16   he is a first-time felon, your Honor, and he is in his

01:58:03PM 17   mid-30s.  That says a lot about a person.  And he is

01:58:07PM 18   older.  He is not a younger person.  He is in his mid-30s.

01:58:10PM 19   He is a father -- he is a devoted father, and a devoted

01:58:14PM 20   husband to his wife.  And the pictures we gave you is to

01:58:17PM 21   see this other side of him.

01:58:19PM 22        I do want to add that he has strong community ties.

01:58:29PM 23   He gets work.  People trust him with responsibilities.  He

01:58:34PM 24   has a farm.  He sells what he grows on his farm to people

01:58:38PM 25   in the community.  He has a support system.  And I didn't

01:58:42PM 1   get to introduce them, but I wanted to make sure that the

01:58:44PM 2   court knows who is here.  His wife Janelle, his father

01:58:48PM 3   Gerard, his sister Mckayla, his two children, and

01:58:54PM 4   Ms. Hamilton are here to tell this court that this

01:58:56PM 5   individual has people who support him and are there for

01:59:00PM 6   him.

01:59:01PM 7         What he needs is mental health treatment.  What he

01:59:06PM 8   does need is to take his medication.  What I have

01:59:10PM 9   experienced personally with him since the beginning when I

01:59:13PM 10  started to visit with him at the Federal Detention Center

01:59:17PM 11  until now is that --  We have heated debates.  A lot of

01:59:21PM 12  times he uses curse words with me.  Sometimes we just

01:59:24PM 13  don't see eye to eye.  He always apologizes to me at the

01:59:28PM 14  end.  He always understands where I am coming from.

01:59:32PM 15        But the biggest difference I have seen lately is that

01:59:35PM 16  he has been taking medication, mood stabilizers, which are

01:59:40PM 17  given to him for bipolar disorder.  It has gotten better

01:59:44PM 18  since he started doing that.

01:59:48PM 19        If the court recalls, we had one motion in front of

01:59:51PM 20  the court to continue the case, and then we had the change

01:59:53PM 21  of plea hearing.  As a rule and practice, I don't like to

01:59:57PM 22  let my client speak to a judge --

02:00:00PM 23             THE COURT:  I remember.

02:00:01PM 24             MR. HAMOUDI:  -- more than I have to.  I made an

02:00:05PM 25  exception to that rule, because I really wanted the court

02:00:08PM 1     to get to know him as soon as possible.  And I wanted the

02:00:10PM 2     court -- and I said this to Judge Robart the other day --

02:00:13PM 3     to size him up, and to have a personal interaction with

02:00:17PM 4     him as much as possible, to see where I was coming from.

02:00:20PM 5          And I really do believe in our sentencing memorandum

02:00:24PM 6     we justified the sentence we asked for in closing, and we

02:00:27PM 7     address all the 3553 factors.

02:00:30PM 8          In analyzing the government's memorandum, I really

02:00:34PM 9     see them addressing three of the factors.  They address

02:00:37PM 10    the nature and circumstance of the offense, the personal

02:00:40PM 11    history, and to protect the public from future crimes

02:00:43PM 12    based on future dangerousness.  Future dangerousness is

02:00:47PM 13    not part of the statute.  The statute doesn't say that.

02:00:50PM 14         Protecting the public from future crimes talks really

02:00:54PM 15    about their pattern of criminal history and things of that

02:00:58PM 16    nature.

02:01:00PM 17         Unless the court has any other questions, your Honor,

02:01:02PM 18    I would like to pass the microphone to Mr. Greenberg.

02:01:07PM 19              THE COURT:  You can resume the podium after

02:01:14PM 20    Mr. Greenberg at some point if you think of something

02:01:18PM 21    else.

02:01:19PM 22              MR. HAMOUDI:  Thank you very much.

02:01:21PM 23              THE COURT:  Mr. Greenberg.

02:01:25PM 24              MR. GREENBERG:  Thank you, your Honor.  Let me

02:01:27PM 25    pick up where Mr. Hamoudi left off, which is the need to

02:01:33PM 1    protect the public from future crimes of this defendant.

02:01:37PM 2    The defense says they look to the law to figure out where

02:01:41PM 3    the sentencing recommendation is coming from the

02:01:44PM 4    government, that future dangerousness isn't part of this

02:01:48PM 5    sentencing calculus.  That is just simply wrong.  It is

02:01:52PM 6    right here in 3553(a)(2)(C), it is future dangerousness.

02:01:57PM 7    It doesn't say the words "future dangerousness."  It says,

02:02:01PM 8    "The need to protect the public from future crimes of the

02:02:03PM 9    defendant."

02:02:05PM 10          Judges are called upon every day to make this sort of

02:02:09PM 11   assessment.  It is not easy.  I don't mean to suggest it

02:02:13PM 12   is.

02:02:14PM 13          The only thing different about this case, in this

02:02:16PM 14   regard, is that, from the government's point of view, this

02:02:21PM 15   particular sentencing factor is the primary one to focus

02:02:25PM 16   on in this case.  It often is.  It is often the nature and

02:02:30PM 17   circumstances of an offense, characteristics of the

02:02:33PM 18   defendant.  Every case is different.  They all have their

02:02:37PM 19   sort of primary factor.  We are focusing on this one.

02:02:41PM 20   That is a proper sentencing factor for the court to focus

02:02:44PM 21   on.  So let me start with it.

02:02:46PM 22          It comes down to not-an-easy-to-answer question, but

02:02:53PM 23   a relatively straightforward one.  And that is, how does

02:02:56PM 24   this court assess Mr. Franey?  Does the court assess him

02:03:01PM 25   as he now portrays himself, all talk, no action, harmless

02:03:06PM 1    individual who would never harm anyone, didn't mean the

02:03:11PM 2    things that he said?  Or does the court credit the things

02:03:16PM 3    he said as being his true intentions that he would follow

02:03:20PM 4    through on?  That's really what it comes down to.

02:03:23PM 5        Those intentions that he said over and over again are

02:03:27PM 6    his desire to kill police officers, to kill military

02:03:31PM 7    officers -- primarily those two categories, but judges,

02:03:36PM 8    other things as well.

02:03:37PM 9            THE COURT:  They are bottom feeders.

02:03:41PM 10           MR. GREENBERG:  Right.  Exactly.  Especially the

02:03:44PM 11   DAs and the prosecutors.

02:03:46PM 12       We answered the question, obviously, in the latter

02:03:49PM 13   category, that these were his true intentions.  And there

02:03:52PM 14   are many good reasons for this court to find that to be

02:03:55PM 15   true.

02:03:58PM 16       First of all, how frequently he talked about these

02:04:02PM 17   things.  This is not someone who in the heat of the

02:04:07PM 18   moment, on a couple of bad days, said something he didn't

02:04:10PM 19   mean, or that he later regretted and wanted to take back.

02:04:13PM 20   He talked about this every day of his life to his

02:04:20PM 21   like-minded radical associates, to his nonlike-minded

02:04:24PM 22   neighbors and associates in the community, to police

02:04:28PM 23   officers.  This was his singular focus and obsession,

02:04:33PM 24   talking about killing police, killing military in the name

02:04:38PM 25   of his favorite terrorist group.

02:04:40PM  1          When someone talks about something every day,

02:04:44PM  2     basically obsessed with the topic, there is much more

02:04:48PM  3     credibility to those words and how they mean them.

02:04:53PM  4          Secondly, we see from his own words, his more recent

02:04:59PM  5     words sent from prison, that he still has the same

02:05:04PM  6     mindset.  Even as sentencing approaches, when he would be

02:05:09PM  7     most likely to at least pretend to be remorseful, to

02:05:14PM  8     disavow the violence that he called for, he doesn't.  He

02:05:19PM  9     writes letters wishing the FBI agents die, going on

02:05:25PM 10     expletive tirades about them, mocking these court

02:05:29PM 11     proceedings as being, quote, kind of stupid and

02:05:32PM 12     ridiculous.  He has shown that he is not going to change

02:05:36PM 13     this mindset.

02:05:38PM 14          And let me say one thing.  The government's

02:05:41PM 15     recommendation is not as we are accused of in the papers

02:05:46PM 16     here.  It has nothing to do with Mr. Franey's politics or

02:05:50PM 17     religious -- political/religious beliefs.  Nothing at all.

02:05:54PM 18     It has everything to do with his stated intent to kill

02:05:57PM 19     people.

02:06:00PM 20          I don't care if he wants to kill police and military

02:06:03PM 21     because he likes ISIS, or Al-Qaeda, or Adolf Hitler, or

02:06:09PM 22     white supremacist groups, or in the name of Mickey Mouse

02:06:13PM 23     or Donald Duck.  It has nothing to do with his cause or

02:06:17PM 24     beliefs.  It has everything to do with his stated intent

02:06:20PM 25     to kill.

02:06:23PM 1      This was, though, your Honor, more than just talk.

02:06:31PM 2   This defendant took actions that show this court what his

02:06:35PM 3   true intentions were.

02:06:38PM 4      Let's talk about a number of things that he did.

02:06:41PM 5   First of all, he tried to buy guns from the undercover

02:06:44PM 6   agent.  Not just a Glock, he wanted machine guns,

02:06:52PM 7   Streetsweeper shotguns, AK-47s, M-16s.  You read the

02:06:58PM 8   papers.  That's all he talked about, wanting to get his

02:07:01PM 9   hands on those kinds of weapons.  He invested days and

02:07:05PM 10  days of his life in this.

02:07:07PM 11     Let's be clear, the reason he went on these trips,

02:07:10PM 12  and he said this time and time again, is because he wanted

02:07:14PM 13  to get guns for himself.  He told the undercover he wasn't

02:07:18PM 14  able to.  He tried.  You have seen, he tried to buy an

02:07:20PM 15  AK-47 from Witness No. 1, one of his neighbors.  He tried

02:07:24PM 16  to get guns from Witness No. 4.  He went to gun stores.

02:07:28PM 17  He talked with his friends in his text messages about

02:07:31PM 18  trying to get guns.  He was trying to get guns.  And he

02:07:34PM 19  admitted that to the undercover.

02:07:36PM 20     He couldn't get them.  He said, "I can't go to a gun

02:07:39PM 21  shop and just get them," because he knew he was a

02:07:42PM 22  prohibited person.  That's why he did this, to get guns.

02:07:46PM 23     Now, he almost took it.  He reached a deal to buy a

02:07:49PM 24  Streetsweeper and an AK-47, and he was stopped by the

02:07:54PM 25  police minutes after reaching that deal, just in a random

02:07:58PM 1    occurrence.  And he became very suspicious at that point,

02:08:01PM 2    and he cancelled the deal.  That doesn't mean he wasn't

02:08:04PM 3    trying to get guns.

02:08:06PM 4         You saw that he conducted internet searches right

02:08:09PM 5    after talking about this firearms deal.  "How much does a

02:08:14PM 6    thousand rounds of assault rifle ammunition cost?"  That

02:08:17PM 7    is right there.  He did that.  He went to two gun stores.

02:08:26PM 8         He has aggressive confrontations in the community

02:08:30PM 9    time and time again.  The statement was made, "Well, he

02:08:33PM 10   doesn't threaten anyone because of his beliefs."  That's

02:08:36PM 11   not true.  Witness No. 1 had to pull out a shotgun and

02:08:39PM 12   tell him to get off his property.  People called the

02:08:44PM 13   police time and time again because of the aggressive and

02:08:47PM 14   confrontational manner in which Mr. Franey conducted

02:08:50PM 15   himself.

02:08:50PM 16        He also, as this court has alluded to, went so far as

02:08:55PM 17   to identify a specific local military facility that he

02:09:00PM 18   proposed attacking.

02:09:02PM 19        Now, I don't want to overstate and go too far.  He

02:09:05PM 20   wasn't on the eve of conducting an attack, that we know

02:09:09PM 21   of.  But think about what he did do.  He identified this

02:09:13PM 22   place.  He talked about the layout of this place.

02:09:17PM 23             THE COURT:  The time of year that the party is

02:09:22PM 24   occurring.

02:09:24PM 25             MR. GREENBERG:  Exactly.  So it is more than just

02:09:26PM 1    talk, it is thought, it is planning, it is looking ahead

02:09:29PM 2    to these sorts of things.

02:09:31PM 3         And the suspicious trip he takes to the nuclear power

02:09:34PM 4    plant.  All of these things, your Honor, these are actions

02:09:37PM 5    that the defendant took, not just talk.

02:09:41PM 6         It would defy common sense for this defendant to act

02:09:48PM 7    in all of these sorts of ways if he wasn't, in his mind,

02:09:54PM 8    in his heart, serious about the things he said he was

02:09:58PM 9    going to do.

02:10:00PM 10        And we quoted in the sentencing memorandum, and I

02:10:03PM 11   can't say it better than he said about himself, "It would

02:10:07PM 12   be absurd to think I wasn't going to do something

02:10:10PM 13   eventually."  And I would suggest that it is absurd to

02:10:15PM 14   think that.

02:10:18PM 15        This defendant has given the court every reason to

02:10:21PM 16   credit the things he says he is going to do, and

02:10:28PM 17   absolutely no reason to discredit them.  It is just so

02:10:31PM 18   easy to stand up here and say, "Well, I didn't mean it.  I

02:10:34PM 19   was just talking.  I would never harm anyone."  That is

02:10:37PM 20   too easy.  He lived his life for the last two years

02:10:41PM 21   showing this court what he thought, what he was intending

02:10:48PM 22   to do.

02:10:49PM 23        All of these things make him a future danger, and

02:10:53PM 24   under the sentencing factor it is appropriate to consider

02:10:57PM 25   that.

02:10:58PM 1    The nature and circumstances of the offense, I don't

02:11:02PM 2  need to really regurgitate that again.  I went into that

02:11:06PM 3  in detail in the memo, and I guess I touched on that a bit

02:11:10PM 4  already.

02:11:11PM 5    But the thing that concerns the government about the

02:11:13PM 6  offense -- it is a serious offense, but it is more the

02:11:20PM 7  motivations for engaging in the offense, the desire to get

02:11:25PM 8  weapons, the stated desire to get them to kill police and

02:11:29PM 9  military.  That's what he said at the time, why he was

02:11:33PM 10 doing the offense conduct.

02:11:40PM 11   The defendant's history and characteristics give the

02:11:43PM 12 government no comfort in terms of assessing what his

02:11:46PM 13 conduct would look like in the future, because when you

02:11:52PM 14 consider his future dangerousness, consider the

02:11:55PM 15 seriousness of the offense in the context of the volatile

02:12:02PM 16 combination of traits, of characteristics that this

02:12:07PM 17 defendant presents, it is extremely concerning.  His

02:12:12PM 18 obsession with violence and violent ideologies, it is a

02:12:18PM 19 singular focus.

02:12:19PM 20   His, quote, serious mental health issues, according

02:12:23PM 21 to the presentence report.  He has been involuntarily

02:12:27PM 22 committed.

02:12:33PM 23   He hates the military because of his own personal

02:12:36PM 24 experiences.  He deserted the military.  For some reason

02:12:40PM 25 he consistently blames the military for, quote, taking

02:12:43PM 1  away his kids.  He harbors great hatred to the military.

02:12:49PM 2      He has training in the use of firearms from his time

02:12:52PM 3  in the Army.  He displayed that, going out and picking up

02:12:55PM 4  a machine gun and test firing it just fine.  Very

02:12:59PM 5  concerning.

02:13:01PM 6      And the court has said more than I can, and said it

02:13:03PM 7  better, about the domestic violence crimes.  It does show

02:13:07PM 8  anger management issues.  It shows the propensity and the

02:13:10PM 9  potential for violence.

02:13:13PM 10      It is a witch's brew of characteristics and of

02:13:21PM 11  history, that when you look at them in the context of the

02:13:23PM 12  offense, and the statements, and the actions in

02:13:26PM 13  furtherance of them, the government feels very strongly

02:13:32PM 14  that the sentence that we are recommending, a ten-year

02:13:36PM 15  sentence, is the appropriate one in this case.

02:13:38PM 16          THE COURT:  Thank you very much, Mr. Greenberg.

02:13:44PM 17      Ms. Neumeister, anything you want to add?  Maybe

02:13:50PM 18  describe the rationale from Probation and Pretrial.

02:13:55PM 19          PROBATION OFFICER NEUMEISTER:  Your Honor, not

02:13:56PM 20  trying to oversimplify the situation, because there is

02:14:01PM 21  nothing simplistic about Mr. Franey or this case, but in

02:14:05PM 22  discussing his background, the nature of this case, really

02:14:12PM 23  what we came up with in our office is that he has serious

02:14:16PM 24  mental health issues that have been untreated for years.

02:14:21PM 25      This was, honestly, one of the most difficult

02:14:23PM 1  interviews I have ever conducted, because it was so

02:14:27PM 2  immediately apparent that he was manic and very hard to

02:14:35PM 3  rein in and keep focused.  To me, the mental health issue

02:14:40PM 4  overrode so much when looking at this case.

02:14:48PM 5          THE COURT:  All right.  Mr. Hamoudi, do you want

02:14:53PM 6  to say anything before I ask to speak with Mr. Franey?

02:14:56PM 7          MR. HAMOUDI:  I did have a couple of points to

02:14:58PM 8  make.  If the court will allow, and I know the court has

02:15:01PM 9  Ms. Hamilton's letter before it, she did want to say a few

02:15:04PM 10 words on his behalf.  Would the court allow that?

02:15:07PM 11          THE COURT:  That's fine.

02:15:09PM 12          MR. HAMOUDI:  I will make a couple of points.

02:15:10PM 13 Some of the --  I have great respect for Mr. Greenberg.

02:15:14PM 14 We work together.  We get along real well.  The struggle I

02:15:24PM 15 have with some of the things that he says is that I

02:15:32PM 16 think -- like the witness statements, these individuals

02:15:34PM 17 were never confronted.  We dispute the interpretations.

02:15:39PM 18 We take issue with Witness 1's allegation that he tried to

02:15:45PM 19 purchase a gun from him, in fact.  We were going to

02:15:49PM 20 challenge that.  We are not here because of that.  We have

02:15:51PM 21 the offense conduct in the presentencing report.  I think

02:15:56PM 22 it speaks for itself.

02:15:57PM 23      I want to talk about -- one important issue, about he

02:16:01PM 24 deserted in 2004.  That means he has held these beliefs

02:16:05PM 25 for now near twelve years.  He has not acted on these

02:16:17PM 1    beliefs.  He has held them.  It is not a secret to anyone.

02:16:21PM 2    Everybody knows.  His family knows.  His sisters know.

02:16:24PM 3    Everybody knows.  So it is not this is a new thing that

02:16:28PM 4    the government has been onto.  They have been onto him for

02:16:33PM 5    some time.  He feels that -- in a way he does feel that he

02:16:36PM 6    is being profiled.

02:16:40PM 7         I understand why he is being profiled.  I think it is

02:16:45PM 8    legitimate, what they are doing when they profile.  But

02:16:47PM 9    from his perspective, because he has untreated mental

02:16:53PM 10   health issues for twelve years, he is viewing it as, "They

02:16:57PM 11   are after me because of my religious beliefs and my

02:16:59PM 12   political beliefs."  I think that's where law enforcement

02:17:05PM 13   and he don't meet eye to eye.  I think that gap can be

02:17:11PM 14   bridged.  I do think that gap can be bridged.  How he

02:17:15PM 15   presents to the court when he is in court, he does respect

02:17:20PM 16   that.  I want to emphasize that.

02:17:22PM 17        If the court would allow, I would like to have

02:17:25PM 18   Ms. Hamilton speak very briefly.

02:17:26PM 19            THE COURT:  Ms. Hamilton, come forward to the

02:17:33PM 20   lectern.

02:17:47PM 21            MS. HAMILTON:  Good afternoon, your Honor.

02:17:50PM 22            THE COURT:  Good afternoon.

02:17:52PM 23            MS. HAMILTON:  My name is Laura Hamilton.  And my

02:17:55PM 24   relationship to Daniel has been through -- I am a midwife,

02:17:59PM 25   and I have taken care of his wives and the babies and

02:18:04PM  1    delivered the babies.

02:18:07PM  2         So one of the things that I wanted to say about

02:18:12PM  3    Daniel is that he speaks very loudly, and he has an

02:18:17PM  4    opinion.  I respect that because I respect people who live

02:18:21PM  5    by their own convictions.  It is one thing if people say

02:18:24PM  6    it, with his Muslim belief, but he also lives his Muslim

02:18:35PM  7    belief very strongly.  He talks all the time about going

02:18:41PM  8    to the mosque.  He constantly wanted one of us to go.  He

02:18:45PM  9    felt it was a good experience.  He was very sincere about

02:18:48PM 10    that.

02:18:50PM 11         Through all of the talk about the negative things

02:18:53PM 12    that he didn't like about certain people and government,

02:18:57PM 13    beside all of that he would also talk about God and

02:19:01PM 14    spiritual.

02:19:02PM 15         I had the opportunity to go to his home.  When I was

02:19:06PM 16    there they had the -- is it Torran -- Koran, it was on TV,

02:19:16PM 17    and it was constantly going.  At his bedside there was

02:19:21PM 18    books where Janelle, his wife, could read.  It was very

02:19:24PM 19    obvious that he believed that lifestyle and chose to live

02:19:28PM 20    that lifestyle.  That's where I am coming from, as far as

02:19:31PM 21    respecting him for his convictions.

02:19:34PM 22         Actually, when he would come to my office, I would

02:19:37PM 23    look forward to it, because I loved the conversations with

02:19:39PM 24    him.  I would mostly just listen, because I had never

02:19:45PM 25    heard a lot of that, you know, anything about the Muslim.

02:19:50PM 1    But he was very respectful, very kind when he went

02:19:55PM 2    through --  You learn a lot about people when they go into

02:19:58PM 3    labor.  It is a time that you get to yell, cuss, and

02:20:01PM 4    scream, and nobody cares.  You see sides of people that no

02:20:05PM 5    one else does.  You see dads being emotional, you see dads

02:20:09PM 6    surrender, you see dads cry, you see dads totally put

02:20:14PM 7    themselves into their wife, and are overwhelmed with what

02:20:17PM 8    is going on.

02:20:18PM 9        Daniel never left her side.  He was there the whole

02:20:21PM 10   time.  In fact, he wanted to catch the baby, and have the

02:20:26PM 11   baby immediately.

02:20:29PM 12       One time in my office he was there, and I have a

02:20:33PM 13   patient who was a Lewis County sheriff, and there was

02:20:38PM 14   Daniel in there.  And they didn't know who each other

02:20:41PM 15   were, but they started talking and visiting, and they were

02:20:44PM 16   talking about God, and they were talking about government.

02:20:49PM 17   Neither one of them knew the background of who they were,

02:20:52PM 18   but they sat in the waiting room and visited very

02:20:55PM 19   normally.

02:20:58PM 20       I think the one statement I could make about Daniel

02:21:01PM 21   is that he talks very loudly and he talks a lot.  I am not

02:21:10PM 22   threatened at all about what he said, because he has never

02:21:13PM 23   followed through with any of it.  It is his opinion.  And

02:21:16PM 24   we have a right to our opinions.  He never followed

02:21:20PM 25   through with them, and so I feel he is no threat at all.

02:21:25PM 1       I feel, being Muslim, his wife depends on him.  She

02:21:30PM 2  doesn't work outside the home.  And they have two small

02:21:33PM 3  children to care for.  He has always worked, whether it

02:21:36PM 4  was fishing, or doing carpentry, or whatever he needed to

02:21:38PM 5  do.  He always had a job to take care of his family.

02:21:44PM 6       His wife doesn't work outside the home.  She doesn't

02:21:46PM 7  have skills to do that.  Because of their Muslim belief,

02:21:51PM 8  she is home and he takes care of them.

02:21:53PM 9       He has paid off his house.  He is in his mid-30s and

02:21:57PM 10 his house is paid for.  Sure, it is a small little house,

02:22:00PM 11 it is not a mansion, but it is paid for.  He did that for

02:22:03PM 12 his family.  Because as a fisherman he knew that things

02:22:07PM 13 were limited, and sometimes he is really busy, and

02:22:09PM 14 sometimes he is not.  So he was very responsible and paid

02:22:13PM 15 off his home, and saved money and was prepared for those

02:22:16PM 16 times.

02:22:19PM 17      So I have nothing but praise for the experience I've

02:22:23PM 18 had with him and his wife.  And I have continued to have a

02:22:26PM 19 relationship with his wife and the children.  I actually

02:22:30PM 20 appreciated learning that process of the Muslim and

02:22:34PM 21 hearing about it.  I just hope he can go home with his

02:22:42PM 22 family.

02:22:42PM 23           THE COURT:  Thank you, Ms. Hamilton.  Mr. Franey,

02:22:47PM 24 anything you want to say to me before I pass judgment on

02:22:50PM 25 this?  He can stand right there.

02:23:02PM  1          THE DEFENDANT:  I have a letter here, I promised

02:23:05PM  2   I would read, these folks wrote for me.  They are very

02:23:10PM  3   nice.

02:23:10PM  4          It says, "Thank you, sir.  I just want you to know I

02:23:12PM  5   love my wife and my kids.  They are everything to me.

02:23:16PM  6   Being away from them the past eleven months has been the

02:23:19PM  7   worst punishment I have ever endured.  My family is

02:23:23PM  8   suffering too, especially my two young babies.

02:23:28PM  9          "I now understand the laws about possessing guns.  I

02:23:32PM 10   now know I can never possess them, be around them,

02:23:35PM 11   nothing.  I am sorry if I have caused anyone hurt or pain.

02:23:38PM 12   I am sorry to my family.

02:23:39PM 13          "I get excited and talk a lot, a lot.  I want to talk

02:23:45PM 14   about Islam to anyone -- Islam to anyone and everyone who

02:23:49PM 15   will listen.  I am not a dangerous person.  I would never

02:23:52PM 16   intentionally hurt anyone.

02:23:53PM 17          "I am upset by the U.S. government.  I am upset by

02:23:56PM 18   the atrocities that are happening all around the world.  I

02:24:00PM 19   am upset at the FBI agents, this is true.  I have said

02:24:03PM 20   very mean things about them, but it does not make me

02:24:06PM 21   dangerous.

02:24:07PM 22          "My goal is to serve my time and continue to show

02:24:09PM 23   everyone that I am not and will not be dangerous.  I want

02:24:12PM 24   to be reunited with my family as soon as possible.  Thank

02:24:15PM 25   you."

02:24:16PM 1   I'm not supposed to say anything else right now.  And

02:24:22PM 2 I'm not trying to get more time than whatever you have in

02:24:25PM 3 your head.  So if at any time you think it is going that

02:24:28PM 4 way, you can kind of signal me.

02:24:32PM 5   THE COURT:  There is not an applause meter.

02:24:37PM 6   THE DEFENDANT:  Like at auction, you know,

02:24:42PM 7 (indicating).

02:24:44PM 8   There is a couple of things I would like to address.

02:24:47PM 9 None of us have been completely honest about this

02:24:50PM 10 situation.  I don't even know where to begin.  Like with

02:24:54PM 11 the domestic violence thing, there was twice the cops got

02:24:58PM 12 involved.  She said I was beating her.

02:25:01PM 13   In Alaska I was looking at all kinds of felony

02:25:03PM 14 assaults.  And I was in there the same time as a native

02:25:07PM 15 guy was going for sentencing, and he had the exact same

02:25:11PM 16 charges, and they had hauled his wife away in an

02:25:14PM 17 ambulance, and she had to get reconstructive surgery.

02:25:17PM 18   At that time there wasn't a mark of any kind anywhere

02:25:20PM 19 on this woman's body.  She is from Wisconsin, and I

02:25:24PM 20 haven't seen her bruise, you know, from anything.  She is

02:25:27PM 21 very white, and things like that.

02:25:30PM 22   In 2011, when the cops came, we both told our

02:25:33PM 23 stories, what happened.  They said, "We believe that none

02:25:35PM 24 of these things happened," this and that.  They said,

02:25:39PM 25 "Because there are no marks, we can't arrest you," so on

02:25:44PM 1    and so forth.

02:25:44PM 2          In 2011, when that happened, I was starting to go

02:25:48PM 3    back to the mosque in the spring, when I got back from the

02:25:52PM 4    trip with my youngest brother and my oldest son.  She

02:25:55PM 5    didn't like anything to do with it.  I started praying

02:25:59PM 6    greatly.  She didn't like that.

02:26:00PM 7          Ramadan came in August, and she told me if I don't

02:26:04PM 8    stop praying and if I don't stop fasting she is going to

02:26:08PM 9    put me back in a mental hospital or jail.  I said, "Well,

02:26:11PM 10   this is what I do," things like that.

02:26:13PM 11         During that month she bloodied my lip, and she broke

02:26:16PM 12   the door where I pray, and she took the kids several

02:26:21PM 13   times.  One particular time Ezra, our oldest son, was

02:26:25PM 14   asking me, "Don't let her take us.  Don't let her take

02:26:27PM 15   us."  I said, "Buddy, there is nothing I can do."

02:26:30PM 16         Since Alaska I haven't been able to be with my kids

02:26:33PM 17   legally.  And she took them two times, a third time for

02:26:37PM 18   one night, and two times for two nights (sic).  Like I

02:26:40PM 19   said, the kids were asking, "Please don't let her take

02:26:43PM 20   us."

02:26:44PM 21         I have been able to talk to them from 2012 to 2014.

02:26:48PM 22   I saw them for four days in May 2012, and five days in

02:26:53PM 23   June 2012.  The last two years they have been asking about

02:27:00PM 24   things, like if I forgot about them.  I assured them I

02:27:03PM 25   could never do that.  They asked if I forgot where they

02:27:06PM 1   lived.  Ezra started telling me his address.  Gabby has

02:27:10PM 2   been asking me why I'm not coming around, when I am coming

02:27:13PM 3   around.

02:27:13PM 4       Eventually Ezra just asked, "We would like to come

02:27:17PM 5   live with you."  At one time he said, "Can I please come

02:27:20PM 6   live with you?"  In his way, I know how he talks and

02:27:23PM 7   stuff, he was begging me, like, "Why won't you come get

02:27:27PM 8   me?  Why won't you let me come live with you?"

02:27:30PM 9       The protection order, she got it in 2001, after I

02:27:35PM 10  applied for a parenting plan in Washington.  She went and

02:27:39PM 11  got a protection order because I said stuff about her dad

02:27:42PM 12  that she told me and about her and different things.  It's

02:27:45PM 13  a whole 'nother thing.  But there is a lot involved with

02:27:48PM 14  that.

02:27:48PM 15      But she went and got a protection order after I filed

02:27:50PM 16  that.  The judge said, "If you want to try and see your

02:27:54PM 17  kids, you have to go to Wisconsin."  I couldn't really do

02:27:56PM 18  that at that time.

02:27:57PM 19      And that's when eight months went by, and then she

02:28:00PM 20  called one day and said, "Why did you say that stuff about

02:28:03PM 21  my dad?" this and that.  And then I talked to Ezra for

02:28:06PM 22  about nine hours the next two days.  And eventually she

02:28:11PM 23  said, "Okay, you can come see him," things like that.

02:28:15PM 24      Anyway, on the way over there a New Mexican state

02:28:19PM 25  trooper pulled me over and said, "I am on the no-fly list,

02:28:24PM 1    I'm on the terrorist list," things like this.  I said,

02:28:26PM 2    "Thank you for that information, but I was already aware

02:28:28PM 3    of that."  Because once I started going to the mosque, the

02:28:32PM 4    brothers told me what the situation was.  As I went there

02:28:35PM 5    for a few months, they would point out when agents or

02:28:37PM 6    informants would come and try to talk to me, "That is this

02:28:40PM 7    guy, that is this guy," so on and so forth.  "Just be

02:28:44PM 8    careful around them."

02:28:46PM 9        As I got to know the Muslims -- the Muslims and what

02:28:50PM 10   they have been through, the firsthand stories about

02:28:56PM 11   American Muslims that have been arrested for four years

02:28:59PM 12   while the government collected evidence.  They were

02:29:04PM 13   tortured during those four years, put in with thugs.

02:29:08PM 14       This particular brother's name is Hanza.  He is from

02:29:11PM 15   Yemen.  He is a rotund brother.  He's a doctor, his wife

02:29:12PM 16   is a pharmacist.  He spent four years while they collected

02:29:16PM 17   evidence on him, and beat him.  And then they eventually

02:29:19PM 18   let him go, never filed charges.  He would tell me, "Don't

02:29:21PM 19   worry about it.  It is okay.  No big deal."

02:29:24PM 20       The first Muslim I ever met at an auction in Oregon

02:29:28PM 21   in 2009, they also picked him up and tortured him for four

02:29:32PM 22   months.

02:29:34PM 23       So when we go to learn from Sheik Mohammad --  He is

02:29:39PM 24   a fairly good name in the mosque in Portland.  He also has

02:29:43PM 25   been arrested, charged, and charged with bomb residue on

02:29:46PM 1   his pads, which is absurd.  This man would never do

02:29:49PM 2   anything like that.  He was held.  He was let go.  After

02:29:51PM 3   so long they said, "We made a mistake."

02:29:54PM 4        Anyway, this was like ten years ago, and he was on

02:29:57PM 5   the no-fly list.  Just give me a second.  Anyway, he

02:30:04PM 6   fought it in court, the no-fly list thing for years, and

02:30:07PM 7   he finally won.  He was trying to go to Somalia to see his

02:30:10PM 8   mom.  She is elderly.  He is pushing 60.  He won that, he

02:30:16PM 9   had no reason to be on the no-fly list.  But he still

02:30:19PM 10  can't fly.  He won the case, but he went to fight this.  I

02:30:26PM 11  told the brother, "We won."  The guy says, "Yeah."  I

02:30:28PM 12  said, "Can he fly?"  He said, "Well, no."

02:30:30PM 13       It is just standard how we are treated.  When I went

02:30:33PM 14  to the mosque, I got put on the no-fly list.  You know

02:30:36PM 15  what I mean?  Before ISIS existed or anything like that.

02:30:41PM 16       Do I appreciate what they are doing over there?

02:30:44PM 17  Yeah.  I think I understand it better than what most

02:30:46PM 18  people have in their heads.

02:30:50PM 19       The world knows about what is going on with Assad,

02:30:53PM 20  for the most part.  There is an article here in the

02:30:56PM 21  New Yorker.  It details a bunch of lawyers that got

02:30:59PM 22  together, that they left the International Criminal Court

02:31:04PM 23  to start their own organization, because the International

02:31:07PM 24  Criminal Court was a very slow process, and they had only

02:31:13PM 25  convicted three people, two Congo drug warlords and a guy

02:31:18PM 1   from Sudan.

02:31:19PM 2        The article talks about the volumes and volumes of

02:31:23PM 3   proof they have that Assad ordered the tortures.  And it

02:31:27PM 4   was reported back to him that they are being carried out.

02:31:29PM 5   And it goes into detail, a lot about the legal aspect of

02:31:34PM 6   it, and this and that.  And it actually has people talk

02:31:37PM 7   about what they have been through, what they have seen,

02:31:39PM 8   and things like that.  Because he brought up different

02:31:43PM 9   things like, you know, this is my favorite terrorist group

02:31:48PM 10  or whatever.  The world knows what this guy is doing.

02:31:57PM 11       It talks about things that you don't really want to

02:32:00PM 12  say that they are doing to kids, what they are doing to

02:32:03PM 13  women, civilians.  We know that Russia bombed that aid

02:32:09PM 14  convoy that was trying to go help some starving people in

02:32:12PM 15  Aleppo.

02:32:12PM 16       But we don't do anything about that.  We don't worry

02:32:15PM 17  anything about that.  Do you understand what I'm saying?

02:32:17PM 18  But these guys, ISIS, or whatever you want to call them,

02:32:21PM 19  these aren't some lunatics who can't think for themselves.

02:32:24PM 20  There is a bunch of doctors from America, from Australia,

02:32:28PM 21  from Saudi, from all over the world.  There is an

02:32:31PM 22  80-year-old man from China that walked there.  There are

02:32:33PM 23  kids from Iceland, from Mexico, from all over the world

02:32:36PM 24  who have gone there to be doctors, to be nurses, to be

02:32:40PM 25  fighters, to be bakers, to help these people that are

02:32:43PM 1    being, you know, murdered, literally.

02:32:45PM 2         And this has been going on for a long time in North

02:32:47PM 3    Africa and the peninsula since World War I.  There is no

02:32:50PM 4    doubt about that.

02:32:51PM 5         But when you start looking at what is really going

02:32:53PM 6    on, and who is committing the atrocities, like in Egypt,

02:32:57PM 7    and stuff like this, and the laws that have been going on

02:32:59PM 8    there since the '30s and '40s, and how they treated the

02:33:01PM 9    majority of the people --  Like in Egypt and Syria, only

02:33:05PM 10   certain classes are allowed into the military.  Why they

02:33:08PM 11   took Morsi out of power -- why America took Morsi out of

02:33:12PM 12   power was because he opened the military up to anyone who

02:33:15PM 13   qualified.  He didn't preclude anybody.  Just whoever

02:33:17PM 14   qualified.

02:33:19PM 15        The same thing with Algeria, you know, twice, in the

02:33:25PM 16   1930s and 1991 elected an Islamist government.  France

02:33:31PM 17   killed 2 million people back in the day.  They killed

02:33:34PM 18   200,000 in '91.  And this is what is going on there, you

02:33:38PM 19   know.

02:33:38PM 20        People that are fighting for ISIS are not suicidal,

02:33:43PM 21   they are not homicidal.  We don't believe in torture.  We

02:33:46PM 22   just don't think that a kid should be allowed to be

02:33:48PM 23   tortured -- to be burned with torches, to be blown up, to

02:33:53PM 24   have their eyes gouged, any of this.  You understand what

02:33:56PM 25   I'm saying?

02:33:58PM  1          And, yeah, I got upset a lot addressing the mental

02:34:03PM  2   health stuff.  Apparently I am bipolar, Bipolar I.  I read

02:34:06PM  3   a book while I have been in lockup, and bipolar people

02:34:10PM  4   tend to -- Bipolar I tend to develop Tourette's Syndrome,

02:34:17PM  5   which I wondered about, because all my life I have never

02:34:19PM  6   cussed until shortly after high school.  And it has become

02:34:24PM  7   more and more --

02:34:24PM  8          THE COURT:  What motivated you to talk

02:34:27PM  9   graphically about cutting people's heads off and attacking

02:34:34PM 10   them during recreation and stuff like that?

02:34:39PM 11          THE DEFENDANT:  That is a touchy subject.  I am

02:34:41PM 12   not supposed to talk about it.  But if you would like, I

02:34:44PM 13   would.  I feel like the truth is as good as anything, to

02:34:47PM 14   be honest with you.

02:34:48PM 15          THE COURT:  Sure.

02:34:49PM 16          THE DEFENDANT:  In 2011, in the wintertime, after

02:34:52PM 17   the protection order, the FBI put a guy on me to try and

02:34:56PM 18   get me to bring him guns or be around guns with him.  His

02:35:03PM 19   name -- his Muslim name is Aquse (phonetic).  At one point

02:35:13PM 20   he mentioned, "I want a gun to go shoot Kafirs," you know,

02:35:17PM 21   disbelievers.

02:35:18PM 22          None of the other brothers talked like this, like

02:35:21PM 23   say, "I want to kill Americans."  Obviously, just from the

02:35:24PM 24   documents, I was more specific.  I don't believe in going

02:35:28PM 25   into a mall or airport or anything like that.  No Muslim

```
02:35:32PM  1    does.
02:35:32PM  2         That's why a lot of these shootings are suspect to
02:35:35PM  3    us, because we don't believe in killing civilians.  Where
02:35:39PM  4    they just blew up Aleppo, the most ancient city in the
02:35:44PM  5    world.  The people tried to come to checkpoints to leave,
02:35:47PM  6    they shot them.  If they stayed, they starved or bombed
02:35:50PM  7    them to death.  We don't believe in that.
02:35:51PM  8         Anyway, this guy wanted a gun to kill Kafirs.  He
02:35:54PM  9    said he wished he could get his hands on a gun.  I
02:35:57PM 10    understood him to be a felon.  I said, "Brother, I thought
02:35:59PM 11    you were a felon."  He already knew I was suspicious of
02:36:00PM 12    him, just because of how he carried himself.  He never
02:36:03PM 13    wanted to go around the brothers I like.
02:36:04PM 14              THE COURT:  Why did you play the part then?
02:36:06PM 15              THE DEFENDANT:  No.  When he said that, I said,
02:36:08PM 16    "Brother, I thought you were a felon."  He says, "I am not
02:36:11PM 17    an agent."  I said, "Okay.  Cool."  And we just parted
02:36:15PM 18    ways over the next couple of months.  I just talked about
02:36:17PM 19    Islam.  He tried to get me back in his confidence.
02:36:20PM 20         In 2012, 2013, they put another guy named Omar --
02:36:24PM 21    Omar was a character.  Same thing, he wanted to kill
02:36:28PM 22    Kafirs, but he loved the FBI, and he loved the Saudi and
02:36:31PM 23    American governments, which that is like oil and water, to
02:36:35PM 24    want to kill Kafirs.  Again, no Muslims -- don't just talk
02:36:38PM 25    like, "I want to kill everyone."
```

02:36:40PM 1        Then he says, "But I love the FBI and the Saudi

02:36:43PM 2    government."  He tells me he's got a permit federally to

02:36:46PM 3    possess firearms, but he is a felon.  In 2012 he tried to

02:36:49PM 4    get with me to come check out some guns.  I said, "I'm

02:36:52PM 5    good, Dude."  In 2013, right after I married this sweet

02:36:55PM 6    woman here, Janelle, she was there for it.  He came by

02:36:59PM 7    while we were staying at a hotel.  He was like, "Oh, man,

02:37:01PM 8    come to my place and check out these guns."  I'm like,

02:37:04PM 9    "I'm good, Dude."

02:37:05PM 10        Anyway, so I knew that I was on their radar.  Any

02:37:09PM 11   time I went to the mosque certain brothers that didn't

02:37:12PM 12   attend regularly would show up, they would bother me; we

02:37:14PM 13   would have to talk; we would have to go out for coffee,

02:37:16PM 14   whatever; they were my social worker at the mosque,

02:37:18PM 15   whatever, the guardian, whatever you want to say.  It was

02:37:21PM 16   very annoying, very burdensome, and I didn't get to meet

02:37:24PM 17   and talk about Sheik Mohammad.  It was annoying all the

02:37:28PM 18   way around.

02:37:28PM 19        And I would tell them that.  I told Jason the

02:37:31PM 20   mechanic, all these guys, "Look, man, I really don't want

02:37:34PM 21   to hang, guys.  You guys ignore me."  I didn't say

02:37:36PM 22   "ignore."  I said, "I know you all are agents," whatever,

02:37:39PM 23   "just leave me alone."

02:37:40PM 24        At one point -- at one point when the Mexican kid, he

02:37:46PM 25   has got Asperger's, we didn't know it at the time, he came

02:37:49PM 1   to live with us.  He had been beaten by his mom and dad.

02:37:53PM 2   He had been told he can't wear his Muslim clothes.  He had

02:37:56PM 3   been told he can't recite the Koran in the house.  He had

02:38:01PM 4   been told he had to celebrate Christmas, and that he has

02:38:02PM 5   to be a Catholic.  Anyway, he was like, "I want to come

02:38:04PM 6   live with you."  I just thought he was a little different.

02:38:06PM 7   I didn't know anything about Asperger's.

02:38:10PM 8       So anyway, he comes to the house, and there is a big

02:38:12PM 9   hubbub in the intelligence community.  At some point his

02:38:17PM 10   social worker/guardian guy that was detailed to him at the

02:38:19PM 11   mosque, his name is Daytona, called and was just like,

02:38:21PM 12   "Hey, man" --  I called him up and said, "Now, why are you

02:38:23PM 13   telling this guy I'm an agent?  You know I'm not an agent.

02:38:26PM 14   We know you're an agent.  You are working for the

02:38:28PM 15   government and watching this kid.  So what's up?"

02:38:30PM 16       He tells me about his Asperger's and things like

02:38:33PM 17   that.  I thought he had some bowel problems because of the

02:38:35PM 18   way he was using the bathroom.  I said, "Well, does he

02:38:36PM 19   have anything that you know about with bowel problems or

02:38:38PM 20   anything?"  He said, "No, no."

02:38:40PM 21       So we read up more on Asperger's, and we started to

02:38:44PM 22   understand who he was more.  Anyway, he wanted to go check

02:38:48PM 23   out these nuclear towers.  And we were broke at the time.

02:38:51PM 24   That is all in the information, too.  We were broke at the

02:38:55PM 25   time.

02:38:56PM 1    He started being like, "I will walk up there."  And

02:38:58PM 2  it is across the highway and up a mountain.  He is a

02:39:01PM 3  really nice kid, very soft, gentle, you know, things like

02:39:04PM 4  that.  And so I'm like, "All right.  We will check it

02:39:06PM 5  out."  So we drove up there.  We heard there is a

02:39:08PM 6  restaurant.  We drove up there.  It was important to him.

02:39:09PM 7  We drive up there and we kind of drive around and come to

02:39:12PM 8  a parking lot, talk to this guy, "Is there a restaurant?"

02:39:15PM 9  this and that, "Are they functioning?" anything like that,

02:39:18PM 10  and got his curiosity out of the way.

02:39:20PM 11    There is some more reports in there about someone

02:39:23PM 12  having to call the cops to get someone to leave.  He

02:39:26PM 13  wanted to go tell the farther-away neighbors about Islam,

02:39:28PM 14  that's the duty of a Muslim.  I said, "Oh, we have talked

02:39:31PM 15  to the neighbors."  "Which ones?"  I said, "Sometimes

02:39:33PM 16  those ones, and those ones, these ones."  He's like, "What

02:39:34PM 17  about the ones over there?" whatever.  I said, "Well, we

02:39:37PM 18  haven't gotten that much with them because" -- "you know,

02:39:40PM 19  we will see how it goes."  He goes, "We should go talk to

02:39:44PM 20  them."  "All right.  All right, man."

02:39:45PM 21    So we go off and walk up the road.  And there is a

02:39:53PM 22  lady in a gold SUV that waves and talks to Janelle now,

02:39:56PM 23  though we never met.  She was on the way out.  And she

02:39:59PM 24  stopped on the road, and saw us.  I said, "Yeah, this is a

02:40:02PM 25  brother.  He's from Portland.  He just felt like he wanted

02:40:04PM 1    to tell the neighbors.  It is his duty as a Muslim to tell

02:40:08PM 2    the neighbors about Islam," and things like that.  She

02:40:11PM 3    said, "Oh, cool, cool."  She is talking to us.  She has a

02:40:14PM 4    dad who has lung cancer, and he is 86, things like that.

02:40:17PM 5    She owns an espresso stand.

02:40:19PM 6         Anyway, she says, "Nice to meet you," this and that.

02:40:21PM 7    "That is my house.  That is my brother's house."  And this

02:40:23PM 8    is like a niece or nephew down here.  She said, "Go visit

02:40:26PM 9    with him."  "All right.  Cool."

02:40:28PM 10        So we walk down the road.  And I tell the brother,

02:40:30PM 11   "Maybe we should come back later."  It was nighttime, you

02:40:33PM 12   know.  I know how they look at us.  He always wears the

02:40:36PM 13   traditional period.  So when I would hang out with him, he

02:40:39PM 14   would always tell me -- if I had something else on, like a

02:40:42PM 15   button shirt, or just shorts on, he would be like, "Put on

02:40:44PM 16   your other clothes," you know.

02:40:46PM 17        So we get parallel with this house on the road here,

02:40:49PM 18   and it is a big, like, mansion-type house with a big yard.

02:40:53PM 19   About that time, it was like, "All right.  We can come

02:40:56PM 20   back some other time.  It looks like they are sleeping

02:40:57PM 21   over there."  But then they got -- the motion lights come

02:40:59PM 22   on and the dog starts barking.  The lady comes out the top

02:41:03PM 23   balcony, whatever, and a young kid, probably the son,

02:41:06PM 24   maybe 18, or whatever, comes out the bottom sliding glass

02:41:08PM 25   door.  And they are like, "Who are you guys?"  They

02:41:10PM 1  obviously knew who we were.  They already had a

02:41:13PM 2  predisposition to not liking us, you could tell.

02:41:16PM 3      I said, "Okay.  I guess we will go talk to them."  We

02:41:18PM 4  tell them, "Oh, yeah, we are the neighbors," whatever,

02:41:20PM 5  "This is the brother, and he just wanted to tell you guys

02:41:22PM 6  about this or that."  The conversation didn't even go that

02:41:24PM 7  far, because the mom is like, "I got this, Tony," or

02:41:27PM 8  whatever his name was, "I am calling the cops."  I said,

02:41:29PM 9  "Oh, no, it's cool.  We will leave."  We didn't get

02:41:32PM 10 introductions like, "Oh, this is this guy, and I'm this

02:41:34PM 11 guy."  It was like, "I am calling the cops."  "Oh, we are

02:41:37PM 12 out of here."

02:41:38PM 13     By the time we got home, we are sitting down to eat,

02:41:40PM 14 seven sheriff officers come knocking at the door.  I said,

02:41:44PM 15 "Come on in, guys."  They come in.  They say, "We got a

02:41:47PM 16 call," this and that, so on and so forth, blah, blah,

02:41:50PM 17 blah.  I said, "Yeah.  Okay.  We just went for a walk.  We

02:41:54PM 18 weren't trying to trespass or bother anyone."

02:41:57PM 19     This was about the half dozen times we had the cops

02:41:59PM 20 called on us.  Originally, when we first moved there, me

02:42:02PM 21 and Janelle went for walks with the kids.  And cop cars

02:42:05PM 22 would cruise the road.  We were like, "That is weird."

02:42:06PM 23 And it started becoming like a regular thing, if we went

02:42:09PM 24 for a walk, the cop car would come.

02:42:12PM 25     I already knew they were watching us.  We talked

02:42:14PM  1    about it.  I've talked to all of the sheriffs.  One time

02:42:15PM  2    when we were outdoors we had the doors kicked in and they

02:42:17PM  3    raided our house.  They thought we needed help from them

02:42:19PM  4    or something like that.  I called when I got home, and we

02:42:24PM  5    talked.  He said, "From now on, if we get a call on you,

02:42:26PM  6    we are going to call you first to make sure we need to

02:42:28PM  7    come check it out," because they have gotten calls before,

02:42:31PM  8    like the one with Tom and the shotgun.

02:42:33PM  9        I have been to Tom's house a hundred times.  We were

02:42:35PM 10    actually neighbors for a year and a half.  I cut wood for

02:42:39PM 11    him, we made food for him, we hung out with them.  He had

02:42:41PM 12    borrowed an egg incubator.  He said, "You can come pick it

02:42:43PM 13    up.  My duck eggs, my goose eggs aren't hatching," or

02:42:46PM 14    whatever.

02:42:46PM 15        I go and pick it up.  We do our usual spiel.  We talk

02:42:49PM 16    about the weather.  We talk about his kids.  We talk about

02:42:51PM 17    what he is watching on TV.

02:42:53PM 18        If we are short on time, let me know.  I want to get

02:42:57PM 19    back to my family.  I don't feel like you understood

02:43:00PM 20    completely what was going on.

02:43:02PM 21        So anyway, we get to talking, get the incubator, talk

02:43:05PM 22    for a half hour, a long time.  We are both talkers, me and

02:43:06PM 23    Tom.  He is about 5'6", 380 pounds, very patriotic,

02:43:13PM 24    ex-military.  He got shot in Somalia.

02:43:15PM 25            THE COURT:  You need to slow down.  The court

02:43:17PM 1    reporter is having a hard time keeping up with you.

02:43:20PM 2            THE DEFENDANT:  All right.  He is heavy set.  He

02:43:21PM 3    got shot in the hip by a Somalian kid in Somalia.  He

02:43:25PM 4    attributes that to his weight gain.  He has a little bit

02:43:28PM 5    of animosity about that towards Muslims, or whatever.

02:43:32PM 6        Anyway, just addressing the shotgun and the AK.  The

02:43:57PM 7    AK incident was about a year before that when we were

          8    living next to him.  About a year before this incident

02:43:58PM 9    with the shotgun, I had come over to Tommy's place,

02:44:03PM 10   splitting wood, visiting, because Janelle was out or

02:44:05PM 11   something.  I sit down on the couch, which a lot of times

02:44:09PM 12   it would have a gun on it, or whatever, if he had come

02:44:11PM 13   back from hunting.  He had a glass case -- a glass gun

02:44:14PM 14   case, right, as you go towards the living room.  He had

02:44:19PM 15   all of his guns in there.  When he would go hunting he

02:44:23PM 16   would clean them, or whatever.  A lot of times he would

02:44:25PM 17   have them on the couch.  I would sit down and talk to him.

02:44:27PM 18       He was always hard up.  Since his divorce he made

02:44:30PM 19   like fishing weights, and cut firewood, and he was always

02:44:34PM 20   behind on his bills.  Anyway, he tells me, "Yeah, I had to

02:44:38PM 21   sell my AK to my son James for the bills."  And I said,

02:44:43PM 22   "Oh, Tom, I didn't know you had an AK."  We joke like

02:44:46PM 23   this, I am a Muslim, I am his enemy, and he is the

02:44:51PM 24   patriotic American.  We are not really enemies.  "You

02:44:55PM 25   should have sold it to me."  He pipes up in his chair,

02:44:58PM 1    "Oh, yeah, I might have gotten more money."  "Obviously, I

2    can't, Tom.  I can't have no guns."

02:45:00PM 3         I didn't know he had an AK.  I never took any kind of

02:45:04PM 4    notice of his guns.  He had a gun case with shotguns and

02:45:06PM 5    rifles.  Apparently his AK was kept in his bedroom for

02:45:09PM 6    self-defense.  He never talked about it.  I never heard

02:45:12PM 7    about it.  We never talked about me buying from him.  But

02:45:15PM 8    he said, "I sold it to my son James for the bills."  I

02:45:18PM 9    said, "Oh, you should have sold it to me," like that.  And

02:45:22PM 10   anyway, we went on forever, he was watching the news,

02:45:26PM 11   talking like that.

02:45:28PM 12        So anyway, fast forward to a year later, I go to pick

02:45:32PM 13   up the incubator.  He had it like two months.  The goose

02:45:36PM 14   eggs, or whatever, have a 35-day incubation period, or

02:45:40PM 15   something, and he went like a week over that.  He said,

02:45:42PM 16   "Yeah, I guess they are not going to hatch."

02:45:45PM 17        We talked about this and that for 30 minutes

02:45:48PM 18   probably.  We get on our topics, the world of politics or

02:45:50PM 19   world events.  He is in a single-wide mobile home from

02:45:54PM 20   like the '70s.  And he has a travel trailer here that --

02:46:00PM 21   He has four sons and two daughters.  They rotate through

02:46:03PM 22   it, kind of, like who is not in jail, and who needs a

02:46:06PM 23   place to stay in this travel trailer.

02:46:08PM 24        Anyway, we talk and walk to the car, which is at the

02:46:10PM 25   end of the trailer, about 40 or 50 feet from the entrance

02:46:13PM 1    to his house, and we put the thing in the deal -- put the

02:46:18PM 2    incubator in the car, and we are talking about what is

02:46:21PM 3    going on.

02:46:24PM 4         The final part of the conversation is, he said, "I

02:46:27PM 5    guess they just like to fight."  I said, "Who likes to

02:46:30PM 6    fight, Tom?"  He said, "The Iraqis."  I said, "Tom, do you

02:46:33PM 7    see any Iraqis running down the street with armored

02:46:37PM 8    vehicles and machine guns here shooting us?"

02:46:39PM 9         And that was it.  There was nothing else said after

02:46:41PM 10   that.  And he kind of walks like this, with his hip and

02:46:45PM 11   his weight, right.  He walks back to the thing.  I know

02:46:47PM 12   exactly what he is doing.

02:46:49PM 13        Pride, or being Irish, or whatever it was, I didn't

02:46:53PM 14   run, which probably would have been advisable.  My friend,

02:46:56PM 15   later on, when I told him about it, he said, "What is

02:46:58PM 16   wrong with you?  Man, you should have gotten out of

02:46:59PM 17   there."  So I stood by the car, knowing exactly what he is

02:47:03PM 18   going to do.  He has a shotgun he keeps inside the door,

02:47:05PM 19   and he's got a handgun that he keeps by his washer and

02:47:08PM 20   dryer there.  And then he has his gun case.

02:47:08PM 21        He grabs up the shotgun, which I know has buckshot in

02:47:12PM 22   it.  He always tells me about it, and different times he

02:47:14PM 23   has to use it.  And about 40 or 50 feet away he just puts

02:47:16PM 24   it on me, like this.  He doesn't say word one.  He just

02:47:19PM 25   puts it on me like this.

02:47:21PM  1      On my insides I am scared, right.  Terrified, to be

02:47:23PM  2 honest with you.  "What, are you going to shoot me, Tom?

02:47:26PM  3 Are you going to shoot me?"  This is when his daughter

02:47:29PM  4 comes out of the trailer.  I didn't know she was there.

02:47:32PM  5 She said, "Oh my gosh.  What is going on?"  I am trying to

02:47:34PM  6 play to that.  I have to get out of here alive.  "Are you

02:47:38PM  7 going to shoot me in front of your daughter, Tom?  Are you

        8 going to shoot me in front of your daughter?"

02:47:40PM  9      This is a person that we have cooked for, we have

02:47:42PM 10 taken care of.  We have given him rides to his daughter's

02:47:45PM 11 wedding, all this kind of stuff.  We are friends,

02:47:48PM 12 whatever.

02:47:48PM 13      So when his daughter comes out, "Are you going to

02:47:51PM 14 shoot me in front of your daughter?"  He puts the gun down

02:47:53PM 15 and is like, "I am going to call the cops."  At that point

02:47:56PM 16 I am like, "Good."

02:47:56PM 17      I come home, tell Janelle, "Oh, man, this is what

02:47:59PM 18 happened."  I figure the cops are going to come.  I ask

02:48:02PM 19 him about it.  He is saying he is calling the cops.  I am

02:48:05PM 20 assuming he is calling the cops.  And they are going to

02:48:09PM 21 come and he is going to tell them his story, whatever, and

02:48:11PM 22 that they would come talk to me.  They never called.  They

02:48:12PM 23 never came by.

02:48:15PM 24      So I thought, "Well, maybe Tom didn't call the cops."

02:48:16PM 25 He was moving to Idaho like a week later.  He had some

02:48:19PM  1    pigs and geese and all this stuff, and he was going to

02:48:22PM  2    move to Idaho.  His family has some property.  He was like

02:48:25PM  3    three months behind, and he was just going to get out of

02:48:27PM  4    there.  He was going to stay there and just going to be

02:48:29PM  5    real blessed.

02:48:30PM  6        So I said, "Oh, Tom didn't call the cops.  Tom is in

02:48:33PM  7    Idaho."  I let it go.  But for me, the cops obviously were

02:48:36PM  8    called and got his end of the story.  And if they're

02:48:40PM  9    admitting that he pulled a shotgun on me, wouldn't you

02:48:43PM 10    think they would come talk to me?  You know what I mean?

02:48:48PM 11    And actually get an idea of what happened.

02:48:50PM 12        Anyway, going back to the cop situation.  So after

02:48:53PM 13    the --  Sorry.  The neighbor called the cops when we went

02:48:55PM 14    to say hello.  And the aunt said, "Go ahead and say hello

02:48:58PM 15    to these guys."  And the seven cops came in.  That

02:49:01PM 16    following week, someone in that group of neighbors would

02:49:05PM 17    pull into our driveway with that truck and honk the horn

02:49:08PM 18    and cuss and scream.  At first I was like -- maybe thought

02:49:11PM 19    it was someone playing jokes, someone that wanted -- like,

02:49:14PM 20    what is going on?  I would come out and they would take

02:49:17PM 21    off.

02:49:18PM 22        So we followed them one night to their house, called

02:49:20PM 23    the cops.  It took two hours before they sent one guy out.

02:49:23PM 24    I said, "This is the house.  They have been pulling in,

02:49:26PM 25    honking, cussing," and so forth.  The cop comes out and

02:49:30PM 1   says, "We couldn't find him."  I said, "No way.  This is

02:49:32PM 2   the truck.  This is the house.  I want to press some kind

02:49:35PM 3   of harassment charges.  He has been doing this several

02:49:37PM 4   times, threatening me with his truck" and so on and so

02:49:40PM 5   forth.

02:49:40PM 6        I left numerous message on whoever the boss of the

02:49:46PM 7   police was in that area that night, like, "Hey, man, you

02:49:51PM 8   know these guys have guns.  You know we are not allowed to

02:49:54PM 9   have guns.  This guy is coming in here and doing this.

02:49:57PM 10  Please come and do something."

02:49:58PM 11       So he comes back the second time, and says, "Oh,

02:50:00PM 12  well, it was somebody that is not really a resident, so we

02:50:02PM 13  can't tell you who it is.  They are not going to do it

02:50:04PM 14  anymore."  And they did still do it after that.

02:50:07PM 15       Anyway, another time when the brother was here, the

02:50:12PM 16  autistic brother, when we went up to the nuclear towers --

02:50:17PM 17  On the way out of the nuclear towers we saw the FBI try to

02:50:20PM 18  come in.  "Oh, look, they followed us up here."

02:50:23PM 19       Anyway, we went home.  He wanted to go to town for

02:50:26PM 20  juice.  I'm like, "Man, we don't have money for juice,

02:50:27PM 21  much less for the gas."  So he walks into town one day,

02:50:31PM 22  like when I am taking care of the kids or whatever.  I'm

02:50:34PM 23  like, "Did you really do it?"  He walked to town.

02:50:37PM 24       There was like three dozen or five dozen phone calls

02:50:40PM 25  to the sheriff's office because he walked to town in

02:50:44PM  1    Muslim clothes.  It was such a big deal that that

02:50:47PM  2    afternoon a guy from the local Aberdeen paper, a reporter,

02:50:51PM  3    came out, and was over here where the FBI hangs out.  I'm

02:50:56PM  4    like, "What is this guy?  Another agent?"

02:50:59PM  5            And he finally --  I go, "What's up?"  He finally

02:51:02PM  6    comes over, and he's like, "I am a reporter."  I go, "What

02:51:04PM  7    do you want?"  He was like, "Well, there was" -- he

02:51:07PM  8    basically tells us there was like five dozen phone calls

02:51:10PM  9    about this kid walking to the store.  And his editor said

02:51:15PM 10    get some information on it.

02:51:18PM 11            So, all right.  So me and the brother talk.  He only

02:51:21PM 12    trusts who he trusts.  I didn't know he had Asperger's at

02:51:25PM 13    the time.  But after reading up on it and experiencing

02:51:28PM 14    this brother's --  Anyway, I am asking, "Do you want to

02:51:32PM 15    talk to the guy?"  He is like very suspicious, like, "I

02:51:36PM 16    don't know."  And then, "If we decide to talk to you, you

02:51:39PM 17    have to put about this guy's story, what has been going on

02:51:42PM 18    in his life, why he's here, and what happened today."

02:51:45PM 19            Because on his way back from the store, he

02:51:47PM 20    actually -- a cop rolled up on him and said, "Hey, you

02:51:50PM 21    stole something."  And the brother, he is a very sweet

02:51:53PM 22    kid.  He's like, "I didn't steal anything."  The cop

02:51:55PM 23    searches him and stuff like that and lets him go.  He just

02:51:56PM 24    wanted to check up on who he was --

02:51:59PM 25                THE COURT:  Mr. Franey, do you have a point?

02:52:03PM 1          THE DEFENDANT:  Yeah, that we were treated with

02:52:05PM 2    extreme bias because of the topics we talk about.  There

02:52:13PM 3    is a gap of information with people who I talk about.

02:52:16PM 4    Like when I use Arabic phrases, people say they get

02:52:21PM 5    sketched out like, "He used an Arabic phrase."  A guy got

02:52:25PM 6    pulled off a plane because he is talking Arabic.  She gets

02:52:28PM 7    harassed wearing a hijab, like the guy on the plane.  A

02:52:32PM 8    guy got 30 days' confinement for ripping a hijab off a

02:52:38PM 9    woman's head on a plane.  I would be getting assault.  I

02:52:40PM 10   would be getting a hate crime.  I would be getting a

02:52:41PM 11   terrorist act -- terrorism.

02:52:45PM 12          Anyway, just going back to the statements you guys

02:52:46PM 13   didn't like, and things like that:  July 8th, when the FBI

02:52:50PM 14   guy showed up across the street, I was out in the garden,

02:52:57PM 15   I came in the house, and I told Janelle, "Look at this guy

02:52:59PM 16   over here.  Look at this FBI agent," or whatever I said.

02:53:03PM 17   I might have said "gorilla," because he was real buff.

02:53:09PM 18          They had been parked on the road for months now.

02:53:12PM 19   They had been following us to the mosque.  At one point I

02:53:15PM 20   got out of the car and walked back to the back of the car

02:53:17PM 21   to talk to the guy that was following us.  He made a

02:53:18PM 22   U-turn, got away, and was talking on his mic and stuff.

02:53:21PM 23          They had been staking us out for months.  The

02:53:24PM 24   neighbors told us they were staking us out.  It made the

02:53:28PM 25   paper because the cops called them.  They were sitting on

1    the road over --

02:53:29PM 2        So when I saw him in the garden, I was upset, because

02:53:32PM 3    I thought I recognized him as an FBI agent right away.  So

02:53:36PM 4    I went home and told my wife.

02:53:38PM 5        Anyway, backtracking a little, between these times of

02:53:41PM 6    harassment, undue in my opinion, especially at the time, I

02:53:45PM 7    decided the next time they bug me I'm going to ask them

02:53:48PM 8    just to give me money, or to pay my bills, or whatever.

02:53:51PM 9        And my dad said, "Maybe it is your job to invite

02:53:54PM 10   these agents to Islam.  Invite them."  And I said, "I

02:54:00PM 11   don't know, man.  I don't like them for what they do to

02:54:03PM 12   these people."  But I know these wonderful people on a

02:54:06PM 13   mass scale.  And what they have done to me, and how they

02:54:10PM 14   have made mosque really not really a very enjoyable

02:54:14PM 15   experience, unless you find one that is not on their radar

02:54:16PM 16   or something.

02:54:17PM 17       So anyway, he comes, I ask him if he is in the

02:54:21PM 18   military.  He says, "No."  I said, "Do you work for the

02:54:23PM 19   government?"  "No."  I say, "Do you work for the feds?"

02:54:25PM 20   "No."  I said, you know what, I am just going to go with

02:54:28PM 21   it.  And I did.  And we talked.  And I got in his face

02:54:34PM 22   about the Islamic State and stuff like that.

02:54:37PM 23       Eventually he walked back over there to weed-whack

02:54:41PM 24   the yard.  My wife says, "Take it easy.  You want these

02:54:44PM 25   people to be Muslim?  Talk nice," and things like that.

02:54:46PM 1      So she got me some dates and some juice.  It was in

02:54:49PM 2  July.  It was hot, he was bald.  He actually came over for

02:54:52PM 3  something for his head, a wet rag.

02:54:55PM 4      So I go over there.  And it states in the paper that

02:54:56PM 5  I showed him ISIS propaganda.  I showed him two videos.

02:55:02PM 6  One was a seven-year-old girl holding her doll, with an

02:55:07PM 7  European-style beret, talking about what her life is like,

02:55:11PM 8  what her food is like, and that she would never --

02:55:16PM 9  Someone is asking her, "Have you been eating?" this and

02:55:22PM 10  that.  She was like, "Where would I get these things?"

02:55:22PM 11  You know, because they have no food over there.  You can

02:55:25PM 12  see the neighborhood is bombed.  She talks about what

13  happened to her family.

02:55:27PM 14      And they ask her, "Well, if you sign a deal with

02:55:34PM 15  Assad, you can have whatever you want."  She is like, "No,

02:55:37PM 16  I will never do that."  They say, "Well, the scholars say

02:55:41PM 17  to forgive Assad," and all of that.  And she said, "I will

02:55:44PM 18  forgive anyone, but not Assad."

02:55:46PM 19      You have to imagine her neighborhood has been blown

02:55:49PM 20  up, friends have been killed.  She says, "That is silly.

02:55:53PM 21  I would never do that."

02:55:56PM 22          THE COURT:  We have to wind up.

02:56:00PM 23          THE DEFENDANT:  All right.  So this was the

02:56:01PM 24  propaganda video they said was ISIS propaganda, was the

02:56:03PM 25  seven-year-old girl saying --  They said, "What if

02:56:06PM 1    everyone signs a deal?"  She said, "Fine, then it will

02:56:10PM 2    just be me, and God is enough for me.  No big deal."  And

02:56:13PM 3    then she says, "I'll collapse."  Like, "Enough.  I am

02:56:15PM 4    finished.  I am done with this interview."  She is a very

02:56:18PM 5    sweet girl, very intelligent.  You just don't meet

02:56:22PM 6    seven-year-olds like this every day.

02:56:24PM 7         And then the other video was a Sudanese kid in the

02:56:26PM 8    '90s who was orphaned or left to be orphaned by his family

02:56:33PM 9    when he was very young.  He grew up on the street reciting

02:56:34PM 10   the Koran.  And at five he had it memorized.  He would

02:56:38PM 11   give big talks to over 100,000 people.

02:56:41PM 12        There is a lot more about this person.  His name is

02:56:44PM 13   Sheik Sharif.  He is still alive to this day.

02:56:46PM 14        So I showed him those two videos.  And this is the

02:56:47PM 15   ISIS propaganda videos they are talking about.

02:56:50PM 16        Fast forwarding to the statements that I seemed to

02:56:53PM 17   have some mental health issues or some major violent

02:56:56PM 18   tendencies.  Number one, I am 34.  I have worked in the

02:57:00PM 19   fishing industry since 18.  I have been going to bars

02:57:03PM 20   since I was 18.  I have worked in the construction

02:57:05PM 21   industry.  I've been in the military.  I was a football

02:57:07PM 22   player.  I never have been in a fistfight or punched

02:57:11PM 23   someone or kicked someone in my entire life.  I think that

02:57:13PM 24   says a lot.  Other than when I boxed, but with gloves in a

02:57:15PM 25   gym with other boxers, for like six months when I was 15.

02:57:18PM 1          The statements --  I am not supposed to say this:  I

02:57:22PM 2   assumed this guy was an FBI agent.  So he left his

02:57:27PM 3   weed-eater.  When he came back a couple of weeks later, I

02:57:29PM 4   hadn't really used it.  So he weed-eated some stuff for

02:57:33PM 5   me.

02:57:33PM 6          When I came out, he said, "You want to check out what

02:57:35PM 7   I do?"  I said, "Is it lucrative?"  He said, "Yeah."  I

02:57:38PM 8   said, "Is it legal?"  He said he didn't think so.

02:57:42PM 9          So I went along with him, assuming, as before, they

02:57:46PM 10  wanted me to buy guns from them.  After the first trip, I

02:57:51PM 11  was a little sketched out when he tried to give me all

02:57:54PM 12  that money.  He said, "Take it for your wife."  My wife

02:57:59PM 13  said, "Take it if they are going to offer it."  So after

02:58:02PM 14  that, I did.

02:58:03PM 15         What really would have worked out more for us is if

02:58:05PM 16  he just paid the bills on the trips.

02:58:08PM 17         But after the second trip I didn't want to go

02:58:11PM 18  anymore.  Like I said, I went to Olympia to do some day

02:58:15PM 19  labor.  Because when I met him in July --  I had taken the

02:58:18PM 20  summer off.  We had Dowla on May 21st.  I was putting in

02:58:24PM 21  the garden.  And Janelle was recovering from that.  And I

02:58:27PM 22  was thinking about taking the summer off, or maybe later

02:58:29PM 23  on, like July, August, go tuna fishing.

02:58:32PM 24         When I met him, I said, "You know what, the garden

02:58:35PM 25  will be enough.  Whatever the FBI or this group has

02:58:38PM 1    proposed, we will supplement what we need until we get to

02:58:41PM 2    the next season of harvest or fishing."

02:58:44PM 3         But when I went to Olympia, because I decided, you

02:58:48PM 4    know, I don't want to mess around, we need some diapers,

02:58:49PM 5    we needed a phone card --

02:58:51PM 6              THE COURT:  I have read all of that stuff.  I

02:58:54PM 7    know that story.

02:58:55PM 8              THE DEFENDANT:  I didn't know if it was in there.

02:58:57PM 9    I wrote a twelve-page letter, and it got condensed to

02:59:01PM 10   about three and a half, because they didn't like some of

02:59:03PM 11   the stuff I put in there.

02:59:03PM 12             THE COURT:  You have one minute to say whatever

02:59:04PM 13   you want to say.

02:59:05PM 14             THE DEFENDANT:  All right.  The statements about

02:59:06PM 15   being violent, and so on and so forth, was Brian prodding

02:59:10PM 16   me and me prodding him.  I talked more about Pat Tillman,

02:59:13PM 17   and what happened to him, and why.  I talked more about

02:59:16PM 18   Islam.  I talked more about what is going on in the world.

02:59:19PM 19   I talked more about my kids, and fishing, so on and so

02:59:21PM 20   forth.

02:59:22PM 21        But me and him, he would make condescending and

02:59:24PM 22   provocative remarks, or I would, and we would go back and

02:59:28PM 23   forth sometimes.  As our relationship carried on, the

02:59:31PM 24   first trip I called him a federal agent several times.  He

02:59:35PM 25   got upset verbally.  He talked about if it wasn't for how

02:59:39PM 1   I met you, I might smash you up the way I did this guy

02:59:43PM 2   when he was 17, and they had to fix up his front left eye

02:59:48PM 3   lobe (sic), so on and so forth.  So I said, "All right."

02:59:49PM 4   He was touching on that.  "We will let it go."  All

02:59:53PM 5   throughout I made veiled comments, as they called it.  All

02:59:55PM 6   throughout the relationship I made veiled comments to him

02:59:58PM 7   and to his associates.  Another time he got pissed when I

03:00:02PM 8   made a comment to his buddy.

03:00:03PM 9       Anyway, just cutting to the chase, the night that we

03:00:07PM 10  were supposed to buy the guns was the second time we had

03:00:09PM 11  come to the mosque.  He had claimed that he had become

03:00:12PM 12  Muslim, and things like this, and he wanted to learn.  It

03:00:15PM 13  is in the phone calls that they didn't give you in the

03:00:17PM 14  report.  But they didn't transcribe phone calls from like

03:00:20PM 15  July to December.  But from December and January they just

03:00:22PM 16  transcribed some phone calls, the ones where I am talking

03:00:26PM 17  with Janelle, my sister, other friends and family, about

03:00:30PM 18  these guys being FBI agents, and how bad I would feel if

03:00:34PM 19  they really weren't, being that he is supposed to become

03:00:37PM 20  Muslim, and stuff like that.

03:00:39PM 21      So I took him to the mosque the first time.  He felt

03:00:42PM 22  really bad, because at first he felt uncomfortable being

03:00:45PM 23  there.  But everyone was so nice to him.  He talked about

03:00:49PM 24  how everyone was so nice to him.

03:00:50PM 25      Anyway, my buddy gave him $40 to go eat.  He was

03:00:53PM 1  like, "Why did he give us money to go eat?  I said, "He is

03:00:56PM 2  trying to be nice and encourage that kind of attitude."

03:01:00PM 3      The second mosque trip, they brought a female agent,

03:01:03PM 4  which was also talked about on the phone with me and some

03:01:05PM 5  people, which they didn't give you.  It shows that we kind

03:01:08PM 6  of believed they are agents.

03:01:09PM 7      After five years of harassment --  And I know it was

03:01:12PM 8  wrong.  I am sorry about it, mostly because of what

03:01:15PM 9  Janelle and the kids have gone through, and wasting you

03:01:19PM 10  guys' time.  I don't really like wasting my life in jail,

03:01:21PM 11  but mostly for you guys' time.  I'm sorry for it.  But

03:01:22PM 12  they had harassed me for five years.

03:01:24PM 13      And I had made a decision before that, like, next

03:01:26PM 14  time I am just going to, you know, do that back.

03:01:29PM 15      I had no idea that being around a gun or touching a

03:01:33PM 16  gun constituted possession.  Like you said, we were raised

03:01:35PM 17  with guns.  I mentioned about the shooting in the Army.  I

03:01:40PM 18  left out -- it is in this one, about my uncle, he was a

03:01:44PM 19  highway patrolman.  He would show us how you pop the can

03:01:47PM 20  up and shoot it in the air.  He was kind of fancy like

03:01:50PM 21  that, Uncle Mike.  At the cabin we would always --

03:01:52PM 22      Anyway, so that night when we are going to buy the

03:01:57PM 23  gun, or whatever, I had no intention of ever getting guns

03:02:01PM 24  from these guys, from before I even talk to them.

03:02:03PM 25          THE COURT:  I know the story.  I know the story.

03:02:09PM 1          THE DEFENDANT:  Can I say one more thing?

03:02:12PM 2          THE COURT:  Sure.

03:02:12PM 3          THE DEFENDANT:  The thousand round things, that

03:02:15PM 4  he is trying to say I was researching the thousand rounds

03:02:16PM 5  for, was because after I said, "I'm not taking the gun,"

03:02:19PM 6  he squeezed me and said, "Quit f-ing with me."  He is

03:02:23PM 7  strong.  He lifts 500 pounds, bench press.  I said, "All

          8  right.  All right.  What are we going to do about bullets,

03:02:26PM 9  though?"  Like, "How am I going to get bullets?"

03:02:28PM 10     I am not trying to be glib about this at all.  It is

03:02:32PM 11  just how my life went.  And it was stupid.  I was

03:02:36PM 12  hypomanic.  I have been hypomanic for a long time.  I can

03:02:40PM 13  control my thoughts and actions.  Maybe I don't use my

03:02:43PM 14  better judgment.

03:02:43PM 15     She told me from day one, "Quit messing with them."

03:02:46PM 16  I said, "I don't think they will arrest me unless I buy

03:02:49PM 17  the guns."

03:02:49PM 18     He said, "I will give you a thousand free rounds."

03:02:52PM 19  That search for the thousand free rounds was like two

03:02:55PM 20  minutes later from when we parted.  I said, "Look up a

03:03:00PM 21  thousand free rounds, how much they cost.  I want to know

03:03:02PM 22  how bad they are trying to give us this stuff, how bad

03:03:05PM 23  they are trying to give us the guns and stuff."

03:03:07PM 24     It had been five years like this.  She looks it up,

03:03:10PM 25  and it ranges from about 399 to, like, 555.  "Man, they

03:03:15PM  1    are just trying to give it to us."

03:03:17PM  2         We went to the mosque.  There was talks there on

03:03:21PM  3    Friday.  It was Friday.  After the talks there was an

03:03:23PM  4    African-American brother, he was there trying to

03:03:25PM  5    supplement his bills.  The sheik kind of left him hanging.

03:03:29PM  6    And he rides the bus.  It is kind of a typical situation

03:03:33PM  7    like that for some of these brothers.  The bus had stopped

03:03:36PM  8    running because it was late.  They are late-night talks.

03:03:38PM  9    I said, "I am out of here."  I gave him 200 bucks.

03:03:41PM 10         As soon as we left the apartment, we are going this

03:03:43PM 11    way, the cops is coming this way.  The cop was looking for

03:03:45PM 12    us.  It was not a random pullover.  He flipped around like

03:03:48PM 13    this, and before he even got his lights on --  He couldn't

03:03:50PM 14    have seen the tabs were expired.  As soon as he pulls us

03:03:53PM 15    over, there is about six more cops.

03:03:54PM 16         That's also when I called them -- I said how rude

03:03:58PM 17    they are for messing with us.  And I shouldn't mess with

03:04:00PM 18    them either.  But these are people that work for the

03:04:02PM 19    community.  And I know they are trying to protect everyone

03:04:05PM 20    and stuff.  But they have been messing with me for five

03:04:08PM 21    years.  They also should have known, based on my comments,

03:04:11PM 22    that I was messing with them.  And I assumed they did a

03:04:15PM 23    lot of times.

03:04:16PM 24              THE COURT:  All right.

03:04:17PM 25              THE DEFENDANT:  I am sorry for any of this.  I

03:04:19PM 1    want to go back to my family and take care of them,

03:04:22PM 2    because they are suffering quite a bit.

03:04:23PM 3             THE COURT:  Thank you.

03:04:25PM 4             THE DEFENDANT:  I'm sorry.

03:04:26PM 5             THE COURT:  That's fine.  That's fine.

03:04:30PM 6    Obviously, this is an important moment in your life, and I

03:04:36PM 7    wanted you to have the opportunity to speak for yourself.

03:04:44PM 8    I'm not sure I got any insight, beyond the obvious, from

03:04:50PM 9    our discussion.  It is an important part of the

03:04:56PM 10   sentencing, and you get a chance to talk and say what you

03:05:00PM 11   want.  No need for apologies.

03:05:06PM 12       The total offense level is 19, the criminal history

03:05:09PM 13   category is 2, the range is 33 to 41 months.

03:05:19PM 14       The seriousness of the offense is people who are not

03:05:31PM 15   entitled to possess guns, especially assault guns,

03:05:39PM 16   automatic machine guns, is a serious offense, for obvious

03:05:46PM 17   reasons.  And I don't think I need to reiterate the

03:05:57PM 18   position of the community at large for people who have

03:06:05PM 19   been prohibited from possession of weapons is serious, and

03:06:19PM 20   it is, in my judgment, not overstated, the overlay of your

03:06:28PM 21   political views and your specific threats to law

03:06:40PM 22   enforcement, military, and the like.

03:06:51PM 23       I am somewhat convinced that your forced speech is

03:07:09PM 24   attributable to mental illness.  That may be a militating

03:07:21PM 25   consideration.  It can compound.  I don't know if

| | |
|---|---|
| 03:07:36PM 1 | Mr. Franey is a ticking time bomb.  He is not a jovial |
| 03:07:44PM 2 | trickster.  He is not a humorist, steeped with sarcasm. |
| 03:08:00PM 3 | He believes in what he is saying in these rants. |
| 03:08:29PM 4 |     It is tempting to lock Mr. Franey up and throw away |
| 03:08:39PM 5 | the key, as the government advocates, for ten years, |
| 03:08:46PM 6 | because the ramifications for a wrong prescription is |
| 03:08:56PM 7 | devastating.  Under the circumstances of this case, I |
| 03:09:06PM 8 | can't do that.  Nor will I dismiss this case with an |
| 03:09:13PM 9 | 18-month sentence. |
| 03:09:26PM 10 |     It is a case that has to be decided, not on |
| 03:09:31PM 11 | statistics, the fact that Mr. Franey is a first-time |
| 03:09:38PM 12 | felon, that recidivism rates are, on average, lower for |
| 03:09:49PM 13 | first-time offenders.  Just as in the Johnson cases that |
| 03:09:57PM 14 | we have resentenced, the recidivism rate is, what, |
| 03:10:02PM 15 | 70 percent, something like that.  The worst of the worst, |
| 03:10:04PM 16 | and they are coming back to jail after a short time out. |
| 03:10:13PM 17 | So it is not about math.  It is not about calculus.  It is |
| 03:10:20PM 18 | a deeper analysis. |
| 03:10:29PM 19 |     I am sympathetic to the characteristics of the |
| 03:10:33PM 20 | defendant.  He loves his family.  That's palpable. |
| 03:10:47PM 21 |     He does not have a governor on either his tongue or |
| 03:10:55PM 22 | perhaps on his mind, on his thoughts.  Because of that |
| 03:11:08PM 23 | proclivity, it is my judgment that, as to Count 5, the |
| 03:11:19PM 24 | defendant shall be committed to the custody of the United |
| 03:11:21PM 25 | States Bureau of Prisons for a term of 72 months. |

03:11:29PM  1         Upon release from imprisonment, the defendant shall

03:11:32PM  2    serve a three-year term of supervised release, subject to

03:11:35PM  3    standard conditions, as well as the following special

03:11:38PM  4    conditions:  The defendant shall participate, as

03:11:42PM  5    instructed, in a program approved by the Probation Office

03:11:45PM  6    for treatment of narcotic addiction, drug dependency, or

03:11:49PM  7    substance abuse, which may include testing to determine if

03:11:52PM  8    he has reverted to the use of drugs or alcohol.

03:11:55PM  9         The defendant shall participate, as directed, in a

03:11:58PM 10    mental health program approved by the United States

03:12:02PM 11    Probation Office.

03:12:03PM 12         The defendant shall submit his person, property,

03:12:06PM 13    house, residence, storage unit, vehicle, papers,

03:12:09PM 14    computers, other electronic communications, or data

03:12:12PM 15    storage devices, or media, or office to a search conducted

03:12:16PM 16    by United States Probation officers at a reasonable time

03:12:19PM 17    and a reasonable manner based upon reasonable suspicion of

03:12:23PM 18    contraband or evidence of a violation of a condition of

03:12:26PM 19    supervision.  Failure to submit to a search may be grounds

03:12:29PM 20    for revocation.  The defendant shall warn any other

03:12:32PM 21    occupants the premises may be subject to searches pursuant

03:12:37PM 22    to this condition.

03:12:38PM 23         He will undergo an evaluation for domestic violence

03:12:41PM 24    and anger management, and follow all treatment

03:12:43PM 25    recommendations, as directed by the United States

```
03:12:46PM  1   Probation Office.
03:12:47PM  2        The defendant shall pay a special assessment in the
03:12:49PM  3   amount of $100, which shall be due immediately.  The court
03:12:53PM  4   finds that the defendant does not have the ability to pay
03:12:55PM  5   a fine.
03:12:59PM  6        Is there any reason why judgment consistent with this
03:13:01PM  7   order should not be entered at this time?
03:13:04PM  8             MR. GREENBERG:  None from the government, your
03:13:05PM  9   Honor.
03:13:08PM 10             MR. HAMOUDI:  Nothing else, your Honor.  Except
03:13:10PM 11   for placement, your Honor.  We would like to recommend
03:13:12PM 12   placement, if that's possible.
03:13:13PM 13             THE COURT:  Sure.
03:13:14PM 14             MR. HAMOUDI:  The Sheridan facility.  Also a
03:13:17PM 15   recommendation of RDAP.
03:13:20PM 16             THE COURT:  RDAP will be recommended.
03:13:29PM 17             THE DEFENDANT:  May I have --  Just for one
03:13:31PM 18   second.
03:13:31PM 19             THE COURT:  What?  Sure.
03:13:35PM 20             THE DEFENDANT:  I left out one thing.  First of
03:13:37PM 21   all, the threat:  I just said I never intended to get guns
03:13:41PM 22   from these guys.
03:13:42PM 23        Secondly, during the investigation I had a buddy
03:13:45PM 24   offer me a sidearm -- a relative offered me a sidearm, and
03:13:52PM 25   a group of business associates offered me anything that I
```

03:13:54PM 1  would like.  I told all of them, "No, thank you."  During

03:13:57PM 2  the investigation --  And for free.  I said, "No, that's

03:14:03PM 3  all right."  I mean, I wasn't trying to get guns.  I just

03:14:07PM 4  said we were pushing each other's buttons.

03:14:12PM 5       You are really going to send me to prison for six

03:14:17PM 6  years?  My kids will be half grown.  I have never hurt

03:14:21PM 7  anyone.  I have never punched anyone in my life.  That's

03:14:25PM 8  all I did.

03:14:28PM 9            THE COURT:  Mr. Greenberg, have you reviewed --

03:14:31PM 10           MR. GREENBERG:  I have a judgment, your Honor.

03:14:33PM 11 If I could show it to counsel.

03:14:46PM 12           MR. HAMOUDI:  I have reviewed the judgment, your

03:14:48PM 13 Honor.  No objections.

03:15:10PM 14           THE COURT:  The judgment conforms to the court's

03:15:12PM 15 order, and I am signing the judgment at this time.

03:15:19PM 16      Mr. Franey, you have a right to appeal the sentence

03:15:23PM 17 imposed by this court.  You have the right to file an

03:15:28PM 18 appeal within 14 days.  If you wish to pursue that avenue,

03:15:31PM 19 I urge you to seek the advice of Mr. Hamoudi or

03:15:37PM 20 Ms. Sullivan.

03:15:37PM 21           THE DEFENDANT:  We are going to do that.

22           MS. SULLIVAN:  Thank you.

23           MR. HAMOUDI:  Thank you.

03:15:39PM 24           THE DEFENDANT:  Just for my conscience, did my

03:15:42PM 25 speech hurt me?  Did it?  Because I wouldn't feel good

03:15:46PM  1       about that.

03:15:46PM  2                   THE COURT:   Court will be at recess.

3                        (Proceedings adjourned.)

1              **C E R T I F I C A T E**

2

3

4     I, Barry Fanning, Official Court Reporter for the

5 United States District Court, Western District of

6 Washington, certify that the foregoing is a true and

7 correct transcript from the record of proceedings in the

8 above-entitled matter.

9

10

11

12 _____

   **/s/ Barry Fanning**

13 **Barry Fanning, Court Reporter**

14

15

16

17

18

19

20

21

22

23

24

25