PROB 12A
(01/13)

# UNITED STATES DISTRICT COURT

for

Western District of Washington

Report on Offender Under Supervision

**Name of Offender:** Daniel Seth Franey  **Case Number:** 3:16CR05073BHS-001
**Name of Judicial Officer:** The Honorable Benjamin H. Settle, United States District Judge
**Date of Original Sentence:** 01/20/2017  **Date of Report:** 11/10/2021
**Original Offense:** Unlawful Possession of a Machinegun
**Original Sentence:** 72-months' incarceration; 3 years' supervised release
**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 06/17/2021
**Special Conditions Imposed:**
☐ Substance Abuse   ☐ Financial Disclosure   ☐ Restitution:
☒ Mental Health   ☐ Fine   ☐ Community Service
☒ Other: Drug testing; submit to search; domestic violence/anger management

## NONCOMPLIANCE SUMMARY

I allege Daniel Seth Franey has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Consuming marijuana on or about the following dates, in violation of a mandatory condition of supervised release.<br>• August 11, 2021<br>• August 18, 2021<br>• November 2, 2021 |

United States Probation Officer Action:

On August 11, 2021, Mr. Franey admitted using marijuana while working on a fishing boat. He was verbally reprimanded, and his drug testing increased to the highest frequency. On August 18, 2021, Mr. Franey again provided a drug test that returned preliminary positive for marijuana.

On November 2, 2021, Mr. Franey provided a drug test that returned preliminary positive for marijuana. When confronted, he admitted using marijuana to alleviate feelings of stress and anxiety. He was verbally reprimanded, his drug testing increased to the highest frequency. In addition, he was directed to schedule mental health evaluation and comply with treatment recommendations.

| | |
|---|---|
| 2. | Failure to report for scheduled drug testing on September 9, 2021, in violation of a special condition of supervised release. |

United States Probation Officer Action:

On September 9, 2021, Mr. Franey failed to show for scheduled drug testing. When confronted, he admitted not reporting because he was camping with his family. He was verbally reprimanded and directed to notify me in advance if he has conflicts and is unable to report as directed.

I consulted with Assistant United States Attorney Todd Greenberg, and he concurs with my recommendation.

The Honorable Benjamin H. Settle, United States District Judge  Page 2
Report on Offender Under Supervision  November 10, 2021

I respectfully recommend the Court endorse my actions of verbal reprimand, referral for mental health treatment services, and continued supervision.

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 10th day of November, 2021. | BY: |
| *(signature)* | *(signature)* |
| Timisha Gilbert<br>United States Probation Officer | Angela M. McGlynn<br>Supervising United States Probation Officer |

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ Judicial Officer endorses the United States Probation Officer's actions
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

*(signature)*
Signature of Judicial Officer
11/12/2021
Date