PROB 12A
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Person Under Supervision

**Name:** Daniel Seth Franey  **Case Number:** 3:16CR05073-001
**Name of Judicial Officer:** The Honorable David G. Estudillo, Chief United States District Judge
**Date of Original Sentence:** 01/20/2017  **Date of Report:** 12/16/2022
**Original Offense:** Unlawful Possession of a Machinegun
**Original Sentence:** 72 months in custody; 3 years of supervised release
**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 06/17/2021
**Special Conditions Imposed:**

☒ Substance Abuse  ☐ Financial Disclosure  ☐ Restitution:
☒ Mental Health  ☐ Fine  ☐ Community Service
☒ Other: Submit to search and obtain evaluation for domestic violence/anger management.

## NONCOMPLIANCE SUMMARY

I allege Daniel Seth Franey has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Use of marijuana on or about October 20, 2022, in violation of a mandatory condition. |

United States Probation Officer Action: Upon confrontation of presumptive urinalysis test on October 20, 2022, Mr. Franey readily admitted to using marijuana. He indicated using marijuana for muscle pain and self-medication for mental health. I reminded Mr. Franey marijuana is illegal federally, and he has a mandatory condition to refrain from unlawful use of controlled substances. I further reminded Mr. Franey he has appeared before Your Honor in the past for marijuana use and failure to obtain a mental health evaluation. After further discussion, Mr. Franey agreed to obtain a mental health evaluation. He is currently waiting for an appointment with Columbia Wellness Center.

Subsequently, Mr. Franey provided a negative urinalysis on November 30, 2022. However, the sample was also dilute. Mr. Franey indicated he only had water and a mandarin orange that day. I instructed Mr. Franey to eat something before reporting for urinalysis to avoid having dilute samples in the future. Furthermore, Mr. Franey has an outstanding $50.00 assessment fee. He assured me he will make a payment soon as he can.

I do not believe court intervention is needed at this time. I will continue to work with Mr. Franey and ensure he obtains a mental health evaluation and follows treatment recommendation.

I consulted with Assistant United States Attorney Todd Greenberg, and he concurs with my recommendation.

I respectfully recommend the Court endorse my actions.

The Honorable David G. Estudillo, Chief United States District Judge  Page 2
Report on Person Under Supervision  December 16, 2022

I swear under penalty of perjury that the
foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 16th day of December, 2022.

BY:

_____
Rhayan Taruc
United States Probation Officer

_____
Leona Nguyen
Supervising United States Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ Judicial Officer endorses the United States Probation Officer's actions
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer
December 16, 2022
Date