UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR16-5073-DGE |
| Plaintiff, | ) | |
| v. | ) | ORDER TERMINATING SUPERVISED RELEASE |
| DANIEL SETH FRANEY, | ) | |
| Defendant. | ) | |

This matter having come before the Court on the Defendant's Motion for Termination of Supervised Release, and the Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that termination of Mr. Franey's supervised release is warranted by the conduct of Mr. Franey and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Franey shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE this 24th day of July, 2023.

David G. Estudillo
United States District Judge

ORDER TERMINATING
SUPERVISED RELEASE
(*U.S. v. Franey*, CR16-5073-DGE) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Submitted by:

s/ *Rebecca Fish*
Assistant Federal Public Defender
Attorney for Daniel Seth Franey

ORDER TERMINATING
SUPERVISED RELEASE
(*U.S. v. Franey*, CR16-5073-DGE) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**