UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br> v.<br><br>DANIEL FRANEY,<br><br>       Defendant. | No. 3:16-cr-05073-DGE<br><br>PHOTOS SUBMITTED BY DEFENSE DURING HEARING ON 7/24/2023 |

Photos -   1















